## Certification Pursuant to Federal Securities Laws

**1.** I, Christopher K. Ewing, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

**2.** I have reviewed a Complaint against Veru, Inc. ("Veru" or the "Company") and authorize the filing of a comparable complaint on my behalf.

**3.** I did not transact in Veru, Inc. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

**4.** I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: Veru securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

**5.** Attached hereto as Exhibit 1 is a list of all of my transactions in Veru, Inc. securities during the Class Period, as specified in the Complaint.

**6.** During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

**7.** I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12 / 01 / 2022          

*Christopher K Ewing*

Christopher K. Ewing

# Exhibit 1

| Date | Transaction | Shares | Price |
|---|---|---|---|
| 11/08/22 | Bought | 1,000 | $14.98 |
| 11/08/22 | Bought | 1,000 | $14.98 |
| 11/08/22 | Bought | 1,000 | $15.13 |
| 11/08/22 | Bought | 1,000 | $15.14 |
| 11/08/22 | Bought | 1,000 | $15.14 |
| 11/08/22 | Sold | -1,000 | $15.32 |
| 11/08/22 | Sold | -1,000 | $15.31 |
| 11/08/22 | Bought | 1,000 | $15.35 |
| 11/08/22 | Bought | 1,000 | $15.19 |
| 11/08/22 | Bought | 1,000 | $14.94 |
| 11/08/22 | Sold | -3,000 | $14.94 |
| 11/08/22 | Sold | -1,000 | $14.49 |
| 11/08/22 | Bought | 1,000 | $14.48 |
| 11/08/22 | Sold | -1,000 | $14.56 |
| 11/08/22 | Bought | 1,000 | $14.50 |
| 11/08/22 | Bought | 1,000 | $14.35 |
| 11/08/22 | Sold | -1,000 | $14.47 |
| 11/08/22 | Bought | 1,000 | $14.30 |
| 11/08/22 | Bought | 1,000 | $14.15 |
| 11/08/22 | Bought | 1,000 | $14.60 |