## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTOPHER K. EWING, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VERU INC., MITCHELL STEINER, and MICHELE GRECO, <br><br> Defendants. | Case No. 1:22-cv-23960-KMW |

## DECLARATION OF LEO W. DESMOND IN SUPPORT OF MOTION OF KRANTHI GORLAMARI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>COUNSEL</u>

I, Leo W. Desmond, hereby declare as follows:

1. I am an attorney with Desmond Law Firm, P.C., counsel for Kranthi Gorlamari ("Gorlamari"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Gorlamari's motion for appointment as Lead Plaintiff and approval of his selection of Glancy Prongay & Murray LLP as Lead Counsel and Desmond Law Firm, P.C. as Liaison Counsel for the class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Press release published December 6, 2022 on *AccessWire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B: PSLRA Certification of Gorlamari;

Exhibit C: Analysis of Gorlamari's financial interest;

Exhibit D: Firm resume of Glancy Prongay & Murray LLP; and

Exhibit E: Firm resume of Desmond Law Firm, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed on February 6, 2023.

*/s/ Leo W. Desmond*
Leo W. Desmond

1

**<u>CERTIFICATE OF SERVICE</u>**

I, Leo W. Desmond, hereby certify that on February 6, 2023, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

*s/ Leo W. Desmond*
Leo W. Desmond