# EXHIBIT A

# LAWSUIT FILED: Veru Inc. Sued by Block & Leviton LLP for Securities Law Violations

accesswire.com/730413/LAWSUIT-FILED-Veru-Inc-Sued-by-Block-Leviton-LLP-for-Securities-Law-Violations

Tuesday, December 6, 2022 8:40 AM

**BOSTON, MA / ACCESSWIRE / December 6, 2022 /** Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against Veru Inc. (NASDAQ:VERU) and certain of its executives, for securities fraud. The complaint was brought in United States District Court for the Southern District of Florida and is captioned *Ewing v. Veru Inc., et al.*, No. 1:22-cv-23960, and is brought on behalf of investors that incurred damages on their purchases in Veru Inc. common stock between May 11, 2022 to November 9, 2022, inclusive.

A class has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

Investors who purchased Veru shares between May 11, 2022 and November 9, 2022 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at [email protected], or to visit our website for information on the case.

The deadline to seek appointment as lead plaintiff is February 6, 2023.

**What is this all about?**

On November 10, 2022, Veru. Inc.'s stock price plunged by over 54% in mid-morning trading after a Food and Drug Administration Advisory Committee voted against recommending Emergency Use Authorization for the Company's COVID-19 pill VERU-111. The case alleges that throughout the Class Period, Defendants

made false and/or misleading statements, as well as failed to disclose material adverse facts about the data from the VERU-111 Phase 3 trial and the Company's interactions with the FDA. Specifically, Veru misled its shareholders to believe that the data from the Phase 3 trial was sufficient to support Emergency Use Authorization ("EUA") and even the submission of a New Drug Application ("NDA") without any further studies. VERU's filings therefore concealed the true risks faced by the Company in gaining approval for its EUA request.

If you purchased or acquired Veru shares between May 11, 2022 and November 9, 2022 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at [email protected], or visit our website. The deadline to seek appointment as lead plaintiff is February 6, 2023.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: [email protected]

www.blockleviton.com

**SOURCE:** Block & Leviton LLP
Topic:

Lawsuits