# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**VERU INC. SECURITIES LITIGATION**

I, Kranthi Gorlamari, certify that:

1. I have reviewed the Complaint, adopt its allegations, and authorize the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase the Veru Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Veru Inc. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

    *Gorlamari v. Verrica Pharmaceuticals, Inc. et al.,* No. 2:22-cv-02226 (E.D. Pa.)

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

2/6/2023                                                            *Kranthi Gorlamari*
_____                    _____
        Date                                                        Kranthi Gorlamari

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on 2/6/2023 _____, (the "Effective Date"), by and between Anusha Konda ("Assignor") and Kranthi Gorlamari ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Anusha Konda's purchase of Veru Inc. securities. (the "Veru Claims").

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment and agrees to perform all obligations of Assignor with respect to the Veru Claims.

3. Remittance of Recovery. Assignee hereby agrees that in the event he obtains any recovery in connection with his prosecution of the Veru Claims, he will upon receipt of such recovery, promptly remit such recovery to Assignor.

4. Successors. This assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

5. Governing Law. This Assignment Agreement shall be construed in accordance with and governed by the laws of the State of North Carolina

**ASSIGNOR**:

_____
Anusha Konda

**ASSIGNEE**:

_____
Kranthi Gorlamari

**Kranthi Gorlamari's Transactions in Veru Inc. (VERU)**

**ACCOUNT 1**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/12/2022 | Bought | 400 | $8.8000 |
| 5/12/2022 | Bought | 300 | $9.0000 |
| 5/12/2022 | Bought | 100 | $8.8500 |
| 5/12/2022 | Bought | 100 | $8.8900 |
| 5/12/2022 | Bought | 100 | $9.0000 |
| 5/12/2022 | Bought | 100 | $9.0000 |
| 5/12/2022 | Bought | 25 | $8.8800 |
| 5/12/2022 | Bought | 16 | $8.5000 |
| 5/13/2022 | Sold | -1 | $13.1100 |
| 5/13/2022 | Sold | -1 | $9.5500 |
| 5/13/2022 | Sold | -25 | $13.7000 |
| 5/13/2022 | Sold | -25 | $13.5000 |
| 5/13/2022 | Sold | -28 | $13.6000 |
| 5/13/2022 | Sold | -99 | $13.1100 |
| 5/18/2022 | Bought | 25 | $13.9000 |
| 5/18/2022 | Bought | 25 | $14.0000 |
| 5/18/2022 | Bought | 20 | $14.0300 |
| 5/20/2022 | Bought | 50 | $12.8600 |
| 5/20/2022 | Bought | 20 | $13.7000 |
| 5/20/2022 | Bought | 16 | $12.8900 |
| 5/20/2022 | Bought | 10 | $12.8500 |
| 5/20/2022 | Bought | 10 | $12.8000 |
| 5/20/2022 | Bought | 10 | $12.8700 |
| 5/20/2022 | Bought | 10 | $13.6400 |
| 5/20/2022 | Bought | 4 | $12.8500 |
| 5/24/2022 | Bought | 125 | $12.7000 |
| 5/24/2022 | Bought | 100 | $12.5900 |
| 5/24/2022 | Bought | 83 | $12.0000 |
| 5/24/2022 | Bought | 48 | $12.3900 |
| 5/24/2022 | Bought | 33 | $12.3600 |
| 5/24/2022 | Bought | 25 | $11.9100 |
| 5/24/2022 | Bought | 21 | $11.9200 |
| 5/24/2022 | Sold | -208 | $13.4600 |
| 5/25/2022 | Bought | 515 | $12.4900 |
| 5/26/2022 | Bought | 25 | $12.3000 |
| 5/26/2022 | Bought | 25 | $12.3200 |
| 5/26/2022 | Bought | 25 | $12.1300 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/26/2022 | Bought | 8 | $12.4900 |
| 5/27/2022 | Bought | 40 | $12.5200 |
| 5/27/2022 | Bought | 32 | $12.3800 |
| 5/27/2022 | Bought | 25 | $12.6000 |
| 5/27/2022 | Bought | 20 | $12.2500 |
| 5/27/2022 | Bought | 20 | $12.6400 |
| 5/27/2022 | Bought | 18 | $12.4200 |
| 5/27/2022 | Bought | 16 | $12.5900 |
| 5/27/2022 | Bought | 6 | $12.3500 |
| 5/27/2022 | Bought | 5 | $12.3500 |
| 5/27/2022 | Bought | 2 | $12.5900 |
| 5/27/2022 | Bought | 2 | $12.5900 |
| 6/1/2022 | Bought | 100 | $11.8300 |
| 6/1/2022 | Bought | 70 | $11.6000 |
| 6/1/2022 | Bought | 34 | $11.9500 |
| 6/1/2022 | Bought | 20 | $12.0000 |
| 6/1/2022 | Bought | 19 | $11.6800 |
| 6/1/2022 | Bought | 11 | $11.6200 |
| 6/1/2022 | Bought | 9 | $12.2000 |
| 6/1/2022 | Bought | 7 | $11.8700 |
| 6/1/2022 | Bought | 6 | $11.5200 |
| 6/1/2022 | Bought | 5 | $11.9900 |
| 6/1/2022 | Bought | 5 | $12.1000 |
| 6/1/2022 | Bought | 3 | $11.9900 |
| 6/6/2022 | Bought | 40 | $13.5100 |
| 6/6/2022 | Bought | 10 | $13.4900 |
| 6/8/2022 | Bought | 25 | $15.1800 |
| 6/8/2022 | Bought | 21 | $15.1900 |
| 6/8/2022 | Bought | 4 | $15.1800 |
| 6/9/2022 | Bought | 100 | $14.2600 |
| 6/9/2022 | Bought | 100 | $14.2300 |
| 6/9/2022 | Bought | 50 | $14.2800 |
| 6/9/2022 | Bought | 50 | $14.2100 |
| 6/9/2022 | Bought | 25 | $13.7700 |
| 6/9/2022 | Bought | 25 | $13.7700 |
| 6/9/2022 | Bought | 25 | $14.2000 |
| 6/9/2022 | Bought | 25 | $14.2000 |
| 6/9/2022 | Bought | 4 | $13.7500 |
| 6/10/2022 | Bought | 26 | $12.8800 |
| 6/10/2022 | Bought | 24 | $12.8100 |
| 6/10/2022 | Bought | 12 | $12.8500 |
| 6/10/2022 | Bought | 4 | $12.8800 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/13/2022 | Bought | 30 | $12.4900 |
| 6/13/2022 | Bought | 23 | $12.4900 |
| 6/13/2022 | Bought | 20 | $12.5600 |
| 6/13/2022 | Bought | 10 | $12.5200 |
| 6/13/2022 | Bought | 5 | $12.5200 |
| 6/16/2022 | Bought | 1 | $11.8700 |
| 6/16/2022 | Sold | -3,158 | $11.9000 |
| 6/22/2022 | Bought | 2,600 | $13.7300 |
| 6/27/2022 | Bought | 40 | $12.7000 |
| 6/28/2022 | Bought | 29 | $12.1000 |
| 6/28/2022 | Bought | 21 | $11.8100 |
| 6/28/2022 | Bought | 9 | $12.1000 |
| 6/29/2022 | Bought | 22 | $11.5200 |
| 7/1/2022 | Bought | 28 | $11.2000 |
| 7/5/2022 | Bought | 18 | $11.0600 |
| 7/7/2022 | Bought | 608 | $13.6600 |
| 7/7/2022 | Bought | 575 | $13.7000 |
| 7/7/2022 | Bought | 500 | $13.6700 |
| 7/7/2022 | Bought | 280 | $13.6400 |
| 7/7/2022 | Bought | 207 | $13.6600 |
| 7/7/2022 | Bought | 200 | $13.7000 |
| 7/7/2022 | Bought | 185 | $13.6600 |
| 7/7/2022 | Bought | 100 | $13.6900 |
| 7/7/2022 | Bought | 100 | $13.6400 |
| 7/7/2022 | Bought | 25 | $13.6900 |
| 7/7/2022 | Sold | -2,768 | $13.7400 |
| 7/8/2022 | Bought | 20 | $12.1200 |
| 7/8/2022 | Bought | 10 | $12.0500 |
| 7/8/2022 | Bought | 10 | $12.1900 |
| 7/8/2022 | Bought | 3 | $12.1400 |
| 7/11/2022 | Bought | 2,550 | $15.1800 |
| 7/11/2022 | Bought | 1 | $15.2800 |
| 7/11/2022 | Sold | -2,823 | $13.7800 |
| 7/12/2022 | Bought | 14 | $14.8000 |
| 7/19/2022 | Sold | -15 | $16.8700 |
| 7/19/2022 | Sold | -50 | $17.0000 |
| 7/27/2022 | Bought | 32 | $12.2600 |
| 8/4/2022 | Bought | 30 | $11.9400 |
| 8/9/2022 | Bought | 50 | $11.6600 |
| 8/9/2022 | Bought | 50 | $11.6100 |
| 8/9/2022 | Bought | 50 | $11.6000 |
| 8/9/2022 | Bought | 25 | $11.5600 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/9/2022 | Bought | 13 | $11.5600 |
| 8/10/2022 | Bought | 30 | $11.4700 |
| 8/10/2022 | Bought | 10 | $11.3900 |
| 8/10/2022 | Bought | 10 | $11.5500 |
| 8/11/2022 | Bought | 40 | $10.3400 |
| 8/11/2022 | Bought | 25 | $15.4400 |
| 8/11/2022 | Bought | 25 | $10.3100 |
| 8/11/2022 | Bought | 15 | $10.2600 |
| 8/11/2022 | Bought | 10 | $10.6600 |
| 8/11/2022 | Bought | 10 | $10.2300 |
| 8/11/2022 | Bought | 1 | $15.4500 |
| 8/11/2022 | Sold | -100 | $15.6000 |
| 8/11/2022 | Sold | -100 | $15.6400 |
| 8/11/2022 | Sold | -100 | $16.0000 |
| 8/11/2022 | Sold | -100 | $15.7800 |
| 8/11/2022 | Sold | -2,500 | $15.6000 |
| 8/12/2022 | Bought | 1,400 | $15.8900 |
| 8/12/2022 | Bought | 900 | $15.8700 |
| 8/12/2022 | Bought | 500 | $18.9700 |
| 8/12/2022 | Bought | 485 | $18.9400 |
| 8/12/2022 | Bought | 80 | $15.8900 |
| 8/12/2022 | Bought | 50 | $15.8800 |
| 8/12/2022 | Bought | 50 | $15.8800 |
| 8/12/2022 | Bought | 50 | $15.8800 |
| 8/12/2022 | Bought | 50 | $15.8800 |
| 8/12/2022 | Bought | 50 | $15.8800 |
| 8/12/2022 | Bought | 34 | $15.8700 |
| 8/12/2022 | Bought | 34 | $15.8900 |
| 8/12/2022 | Bought | 34 | $15.8800 |
| 8/12/2022 | Bought | 34 | $15.8800 |
| 8/12/2022 | Bought | 34 | $15.8800 |
| 8/12/2022 | Bought | 34 | $15.8800 |
| 8/12/2022 | Bought | 20 | $15.8800 |
| 8/12/2022 | Bought | 20 | $15.8900 |
| 8/12/2022 | Bought | 19 | $15.8700 |
| 8/12/2022 | Bought | 15 | $18.9400 |
| 8/12/2022 | Bought | 1 | $16.0600 |
| 8/12/2022 | Sold | -100 | $16.0000 |
| 8/12/2022 | Sold | -2,819 | $16.0000 |
| 8/15/2022 | Bought | 800 | $19.1600 |
| 8/15/2022 | Bought | 100 | $19.1200 |
| 8/15/2022 | Bought | 100 | $19.1000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/15/2022 | Bought | 75 | $19.0600 |
| 8/15/2022 | Bought | 50 | $19.1200 |
| 8/15/2022 | Bought | 50 | $19.1200 |
| 8/15/2022 | Bought | 50 | $19.1600 |
| 8/15/2022 | Bought | 50 | $19.1600 |
| 8/15/2022 | Bought | 50 | $19.3000 |
| 8/15/2022 | Bought | 50 | $19.3000 |
| 8/15/2022 | Bought | 49 | $19.1600 |
| 8/15/2022 | Bought | 25 | $19.1200 |
| 8/15/2022 | Bought | 22 | $19.1600 |
| 8/15/2022 | Bought | 20 | $19.1600 |
| 8/15/2022 | Bought | 10 | $19.1100 |
| 8/15/2022 | Bought | 10 | $19.0800 |
| 8/15/2022 | Bought | 10 | $19.1700 |
| 8/15/2022 | Bought | 10 | $19.2700 |
| 8/15/2022 | Bought | 10 | $19.3700 |
| 8/15/2022 | Bought | 10 | $19.4000 |
| 8/15/2022 | Bought | 9 | $19.1900 |
| 8/15/2022 | Bought | 8 | $19.1600 |
| 8/15/2022 | Bought | 7 | $19.4000 |
| 8/15/2022 | Bought | 1 | $19.1900 |
| 8/18/2022 | Bought | 100 | $20.5700 |
| 8/18/2022 | Bought | 100 | $21.1000 |
| 8/18/2022 | Bought | 50 | $18.9900 |
| 8/18/2022 | Bought | 25 | $18.7000 |
| 8/18/2022 | Bought | 25 | $18.9000 |
| 8/18/2022 | Bought | 25 | $18.8800 |
| 8/18/2022 | Bought | 25 | $19.0000 |
| 8/18/2022 | Bought | 25 | $19.1500 |
| 8/18/2022 | Bought | 25 | $18.9800 |
| 8/18/2022 | Bought | 25 | $18.9600 |
| 8/18/2022 | Bought | 25 | $19.0300 |
| 8/18/2022 | Bought | 25 | $20.5000 |
| 8/18/2022 | Bought | 25 | $20.4400 |
| 8/18/2022 | Bought | 25 | $20.6100 |
| 8/18/2022 | Bought | 25 | $20.6000 |
| 8/18/2022 | Bought | 25 | $20.6500 |
| 8/18/2022 | Bought | 25 | $20.5500 |
| 8/18/2022 | Bought | 25 | $20.7000 |
| 8/18/2022 | Bought | 25 | $20.7100 |
| 8/18/2022 | Bought | 25 | $20.8200 |
| 8/18/2022 | Bought | 25 | $20.5000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/18/2022 | Bought | 25 | $20.5700 |
| 8/18/2022 | Bought | 23 | $20.8700 |
| 8/18/2022 | Bought | 22 | $20.5500 |
| 8/18/2022 | Bought | 3 | $20.5500 |
| 8/18/2022 | Bought | 1 | $21.0000 |
| 8/18/2022 | Bought | 1 | $21.5600 |
| 8/18/2022 | Sold | -1 | $21.4400 |
| 8/18/2022 | Sold | -100 | $21.4400 |
| 8/18/2022 | Sold | -100 | $21.4400 |
| 8/18/2022 | Sold | -2,376 | $21.4200 |
| 8/19/2022 | Bought | 1,500 | $19.4400 |
| 8/19/2022 | Bought | 100 | $18.8500 |
| 8/19/2022 | Bought | 100 | $19.0200 |
| 8/19/2022 | Bought | 100 | $18.9200 |
| 8/19/2022 | Bought | 100 | $18.8700 |
| 8/19/2022 | Bought | 100 | $18.9400 |
| 8/19/2022 | Bought | 100 | $19.1200 |
| 8/19/2022 | Bought | 100 | $19.1500 |
| 8/19/2022 | Bought | 50 | $18.1600 |
| 8/19/2022 | Bought | 50 | $18.8400 |
| 8/19/2022 | Bought | 40 | $17.7200 |
| 8/19/2022 | Bought | 25 | $18.6700 |
| 8/19/2022 | Bought | 25 | $18.6600 |
| 8/19/2022 | Bought | 25 | $18.7900 |
| 8/19/2022 | Bought | 25 | $18.8200 |
| 8/19/2022 | Bought | 25 | $18.8400 |
| 8/19/2022 | Bought | 25 | $18.9500 |
| 8/19/2022 | Bought | 25 | $18.7300 |
| 8/19/2022 | Bought | 25 | $19.1600 |
| 9/7/2022 | Bought | 500 | $11.1600 |
| 9/7/2022 | Bought | 275 | $11.3300 |
| 9/7/2022 | Bought | 150 | $11.1100 |
| 9/7/2022 | Bought | 100 | $11.0700 |
| 9/7/2022 | Bought | 100 | $11.3200 |
| 9/7/2022 | Bought | 75 | $11.3200 |
| 9/7/2022 | Bought | 35 | $11.7300 |
| 9/7/2022 | Bought | 25 | $11.0400 |
| 9/7/2022 | Bought | 25 | $11.0800 |
| 9/7/2022 | Bought | 25 | $11.1700 |
| 9/7/2022 | Bought | 25 | $11.1400 |
| 9/7/2022 | Bought | 20 | $11.1300 |
| 9/7/2022 | Bought | 6 | $11.1300 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/7/2022 | Bought | 4 | $11.1300 |

### ACCOUNT 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/13/2022 | Bought | 30 | $12.6000 |
| 5/16/2022 | Bought | 100 | $13.2300 |
| 5/17/2022 | Bought | 5 | $13.0400 |
| 5/18/2022 | Bought | 50 | $15.7200 |
| 5/18/2022 | Bought | 40 | $15.6400 |
| 5/18/2022 | Bought | 25 | $14.5000 |
| 5/18/2022 | Bought | 25 | $15.6000 |
| 5/18/2022 | Bought | 20 | $13.9000 |
| 5/18/2022 | Bought | 20 | $15.0000 |
| 5/18/2022 | Bought | 20 | $15.5000 |
| 5/18/2022 | Bought | 10 | $14.9000 |
| 5/18/2022 | Bought | 10 | $15.0000 |
| 5/18/2022 | Bought | 10 | $15.0000 |
| 5/18/2022 | Bought | 10 | $15.1400 |
| 5/18/2022 | Bought | 10 | $15.2000 |
| 5/18/2022 | Bought | 10 | $15.2300 |
| 5/18/2022 | Bought | 10 | $15.5300 |
| 5/18/2022 | Bought | 10 | $15.5900 |
| 5/18/2022 | Bought | 10 | $15.8200 |
| 5/18/2022 | Bought | 10 | $15.9000 |
| 5/18/2022 | Bought | 10 | $15.9400 |
| 5/18/2022 | Bought | 10 | $16.0000 |
| 5/18/2022 | Bought | 10 | $16.1400 |
| 5/18/2022 | Bought | 5 | $15.5800 |
| 5/20/2022 | Bought | 30 | $12.8800 |
| 5/20/2022 | Bought | 25 | $13.3800 |
| 5/20/2022 | Bought | 20 | $12.8600 |
| 5/20/2022 | Bought | 9 | $12.7000 |
| 5/26/2022 | Bought | 25 | $12.1900 |
| 5/27/2022 | Bought | 100 | $12.2900 |
| 5/27/2022 | Bought | 50 | $12.3600 |
| 5/27/2022 | Bought | 49 | $12.3700 |
| 5/27/2022 | Bought | 25 | $12.3700 |
| 5/27/2022 | Bought | 24 | $12.3600 |
| 5/27/2022 | Bought | 16 | $12.4200 |
| 6/10/2022 | Bought | 75 | $13.0300 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/10/2022 | Bought | 27 | $12.9300 |
| 6/10/2022 | Bought | 7 | $13.0400 |
| 7/14/2022 | Bought | 198 | $15.7100 |
| 7/14/2022 | Bought | 100 | $15.6900 |
| 7/14/2022 | Bought | 68 | $15.4700 |
| 7/14/2022 | Bought | 25 | $15.4500 |
| 7/14/2022 | Bought | 14 | $15.6800 |
| 7/21/2022 | Bought | 300 | $15.7300 |
| 7/21/2022 | Bought | 50 | $15.7300 |
| 7/21/2022 | Bought | 38 | $15.6800 |
| 11/3/2022 | Bought | 390 | $11.4800 |
| 11/3/2022 | Bought | 380 | $11.4400 |
| 11/3/2022 | Bought | 354 | $11.4700 |
| 11/3/2022 | Bought | 300 | $11.4400 |
| 11/3/2022 | Bought | 180 | $11.5700 |
| 11/3/2022 | Bought | 100 | $11.4200 |
| 11/3/2022 | Bought | 100 | $11.4400 |
| 11/3/2022 | Bought | 100 | $11.4500 |
| 11/3/2022 | Bought | 100 | $11.4500 |
| 11/3/2022 | Bought | 25 | $11.5500 |
| 11/3/2022 | Bought | 21 | $11.5200 |
| 11/3/2022 | Bought | 20 | $11.4500 |
| 11/3/2022 | Bought | 10 | $11.4000 |
| 11/3/2022 | Bought | 10 | $11.5400 |

## ACCOUNT 3

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/26/2022 | Bought | 100 | $12.3000 |
| 5/26/2022 | Bought | 75 | $12.2300 |
| 5/26/2022 | Bought | 25 | $12.1100 |
| 5/27/2022 | Bought | 4 | $12.2900 |
| 6/1/2022 | Bought | 33 | $11.5550 |
| 6/1/2022 | Bought | 10 | $11.5260 |
| 6/7/2022 | Bought | 249 | $15.6499 |
| 6/7/2022 | Sold | -47 | $15.8598 |
| 6/7/2022 | Sold | -50 | $15.8500 |
| 6/7/2022 | Sold | -50 | $15.8000 |
| 6/7/2022 | Sold | -100 | $15.7500 |
| 7/8/2022 | Bought | 26 | $12.2143 |
| 7/8/2022 | Bought | 25 | $12.1401 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 7/8/2022 | Bought | 5 | $12.7386 |
| 7/11/2022 | Bought | 30 | $14.0900 |
| 7/11/2022 | Bought | 13 | $14.0990 |
| 7/11/2022 | Bought | 10 | $13.9300 |
| 7/11/2022 | Bought | 5 | $13.9400 |
| 7/20/2022 | Sold | -63 | $18.0000 |
| 8/11/2022 | Sold | -25 | $17.2000 |
| 8/11/2022 | Sold | -25 | $17.2500 |
| 8/11/2022 | Sold | -25 | $16.9350 |
| 8/11/2022 | Sold | -25 | $16.9500 |
| 8/11/2022 | Sold | -25 | $16.5300 |
| 8/11/2022 | Sold | -25 | $16.7300 |
| 8/11/2022 | Sold | -50 | $17.2000 |
| 8/11/2022 | Sold | -100 | $16.6300 |
| 8/15/2022 | Bought | 100 | $19.0300 |
| 8/15/2022 | Bought | 100 | $19.3000 |
| 8/15/2022 | Bought | 50 | $19.3650 |
| 8/18/2022 | Bought | 25 | $18.9901 |
| 8/18/2022 | Bought | 10 | $18.6750 |
| 8/18/2022 | Sold | -250 | $21.1601 |
| 8/19/2022 | Bought | 50 | $18.0000 |
| 8/19/2022 | Bought | 50 | $18.0000 |
| 8/19/2022 | Bought | 50 | $18.0900 |
| 8/19/2022 | Bought | 30 | $17.9573 |
| 8/19/2022 | Bought | 28 | $17.8686 |
| 8/19/2022 | Bought | 20 | $17.8666 |
| 8/19/2022 | Bought | 20 | $18.0550 |
| 8/19/2022 | Bought | 18 | $18.0000 |
| 8/19/2022 | Bought | 17 | $18.1000 |
| 8/19/2022 | Bought | 15 | $18.1500 |
| 8/19/2022 | Bought | 15 | $18.0413 |
| 8/19/2022 | Bought | 15 | $18.0000 |
| 8/19/2022 | Bought | 15 | $18.1000 |
| 9/7/2022 | Bought | 400 | $11.6100 |
| 9/7/2022 | Bought | 200 | $11.5300 |
| 9/7/2022 | Bought | 100 | $11.5300 |
| 9/7/2022 | Bought | 100 | $11.5950 |
| 9/7/2022 | Bought | 100 | $11.5224 |
| 9/7/2022 | Bought | 100 | $11.7481 |
| 9/7/2022 | Bought | 75 | $11.8650 |
| 9/7/2022 | Bought | 54 | $12.7675 |
| 9/7/2022 | Bought | 50 | $11.5660 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/7/2022 | Bought | 50 | $11.7050 |
| 9/7/2022 | Bought | 50 | $11.7150 |
| 9/7/2022 | Bought | 50 | $11.8950 |
| 9/7/2022 | Bought | 29 | $11.3798 |
| 9/7/2022 | Bought | 28 | $15.9300 |
| 9/7/2022 | Bought | 25 | $11.5849 |
| 9/7/2022 | Bought | 25 | $11.6450 |
| 9/7/2022 | Bought | 25 | $11.8250 |
| 9/7/2022 | Bought | 25 | $11.8995 |
| 9/7/2022 | Bought | 22 | $11.8978 |
| 9/7/2022 | Bought | 20 | $11.8050 |
| 9/7/2022 | Bought | 20 | $12.7350 |
| 9/7/2022 | Bought | 3 | $11.8200 |
| 9/12/2022 | Sold | -1,929 | $15.2401 |
| 9/14/2022 | Bought | 200 | $15.5400 |
| 9/14/2022 | Bought | 100 | $15.4984 |
| 9/15/2022 | Bought | 10 | $15.1389 |
| 9/16/2022 | Bought | 483 | $14.2900 |
| 9/16/2022 | Bought | 182 | $14.2600 |
| 9/16/2022 | Bought | 100 | $14.2100 |
| 9/16/2022 | Bought | 60 | $14.1900 |
| 9/16/2022 | Bought | 34 | $14.1800 |
| 9/16/2022 | Bought | 31 | $14.3487 |
| 9/16/2022 | Bought | 17 | $14.2600 |
| 9/16/2022 | Bought | 8 | $14.2000 |
| 9/16/2022 | Bought | 6 | $14.1800 |
| 9/16/2022 | Bought | 4 | $14.2800 |

## ACCOUNT 4

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/12/2022 | Bought | 100 | $8.7000 |
| 5/13/2022 | Bought | 100 | $13.0000 |
| 5/13/2022 | Bought | 50 | $12.5000 |
| 5/13/2022 | Bought | 10 | $12.6000 |
| 5/13/2022 | Bought | 10 | $12.5000 |
| 5/13/2022 | Bought | 10 | $12.4391 |
| 5/13/2022 | Bought | 10 | $12.5492 |
| 5/13/2022 | Bought | 10 | $12.7000 |
| 5/16/2022 | Bought | 200 | $13.3297 |
| 5/25/2022 | Bought | 350 | $12.4550 |
| 5/26/2022 | Bought | 52 | $12.7000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/26/2022 | Bought | 10 | $12.6000 |
| 5/27/2022 | Bought | 50 | $12.3400 |
| 5/27/2022 | Bought | 20 | $12.2960 |
| 5/27/2022 | Bought | 18 | $12.2900 |
| 6/1/2022 | Bought | 34 | $11.5700 |
| 6/1/2022 | Bought | 10 | $11.5296 |
| 6/7/2022 | Sold | -44 | $15.9400 |
| 6/7/2022 | Sold | -50 | $15.9000 |
| 6/7/2022 | Sold | -50 | $16.0400 |
| 6/7/2022 | Sold | -50 | $16.1000 |
| 6/7/2022 | Sold | -50 | $16.0450 |
| 6/8/2022 | Bought | 100 | $15.2000 |
| 6/8/2022 | Bought | 55 | $15.1898 |
| 6/8/2022 | Bought | 25 | $15.0000 |
| 6/8/2022 | Bought | 25 | $15.1900 |
| 6/8/2022 | Bought | 20 | $15.1790 |
| 6/8/2022 | Bought | 15 | $15.1700 |
| 6/8/2022 | Bought | 15 | $15.1600 |
| 6/9/2022 | Bought | 1,000 | $14.0000 |
| 6/9/2022 | Bought | 70 | $14.0000 |
| 6/9/2022 | Bought | 2 | $13.8182 |
| 6/9/2022 | Sold | -1,055 | $14.1900 |
| 6/9/2022 | Sold | -1,072 | $13.8710 |
| 6/22/2022 | Bought | 1,097 | $13.5295 |
| 6/22/2022 | Bought | 2 | $13.5050 |
| 7/11/2022 | Bought | 1 | $12.9100 |
| 7/11/2022 | Sold | -1,100 | $13.7600 |
| 7/12/2022 | Bought | 500 | $14.9000 |
| 7/12/2022 | Bought | 100 | $14.5400 |
| 7/12/2022 | Bought | 100 | $14.5300 |
| 7/12/2022 | Bought | 100 | $14.6000 |
| 7/12/2022 | Bought | 100 | $14.6600 |
| 7/12/2022 | Bought | 50 | $14.4900 |
| 7/12/2022 | Bought | 50 | $14.5400 |
| 7/12/2022 | Bought | 50 | $14.5200 |
| 7/12/2022 | Bought | 25 | $14.5900 |
| 7/12/2022 | Bought | 25 | $14.4387 |
| 7/12/2022 | Bought | 5 | $14.4600 |
| 7/19/2022 | Sold | -5 | $17.0000 |
| 7/19/2022 | Sold | -25 | $17.1000 |
| 7/19/2022 | Sold | -25 | $17.1000 |
| 7/19/2022 | Sold | -50 | $17.0816 |

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 8/11/2022 | Sold | -1,000 | $16.0960 |
| 8/15/2022 | Bought | 500 | $19.0990 |
| 8/15/2022 | Bought | 100 | $18.6199 |
| 8/15/2022 | Bought | 100 | $18.6199 |
| 8/15/2022 | Bought | 50 | $19.3600 |
| 8/15/2022 | Bought | 50 | $19.1391 |
| 8/15/2022 | Bought | 50 | $18.5400 |
| 8/18/2022 | Sold | -850 | $21.1116 |
| 8/19/2022 | Bought | 390 | $17.7000 |
| 8/19/2022 | Bought | 200 | $17.6563 |
| 8/19/2022 | Bought | 100 | $17.6929 |
| 8/19/2022 | Bought | 100 | $17.6500 |
| 8/19/2022 | Bought | 100 | $17.6600 |
| 8/19/2022 | Bought | 100 | $17.6388 |
| 8/19/2022 | Bought | 50 | $17.7269 |
| 8/19/2022 | Bought | 25 | $17.6500 |
| 8/19/2022 | Bought | 25 | $17.5588 |
| 9/7/2022 | Bought | 200 | $11.9738 |
| 9/7/2022 | Bought | 50 | $11.8800 |
| 9/7/2022 | Bought | 50 | $11.8575 |
| 9/7/2022 | Bought | 30 | $11.9775 |
| 9/7/2022 | Bought | 25 | $11.7450 |
| 9/7/2022 | Bought | 25 | $11.8075 |
| 9/7/2022 | Bought | 25 | $13.5500 |
| 9/7/2022 | Bought | 25 | $13.6300 |
| 9/7/2022 | Bought | 24 | $12.0095 |
| 9/7/2022 | Bought | 2 | $11.1065 |

## ACCOUNT 5

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 7/27/2022 | Bought | 79 | $12.6100 |
| 7/27/2022 | Bought | 36 | $12.1700 |
| 7/27/2022 | Bought | 27 | $12.1600 |
| 7/27/2022 | Bought | 27 | $12.1800 |
| 8/11/2022 | Sold | -169 | $16.0000 |
| 8/12/2022 | Bought | 213 | $15.8900 |
| 8/12/2022 | Bought | 175 | $19.0100 |
| 8/12/2022 | Sold | -213 | $17.0300 |
| 8/16/2022 | Sold | -175 | $23.0800 |
| 8/18/2022 | Bought | 160 | $22.8500 |
| 10/10/2022 | Bought | 1 | $10.6000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 10/11/2022 | Bought | 52 | $10.7400 |
| 10/11/2022 | Bought | 25 | $10.7600 |
| 10/11/2022 | Bought | 25 | $10.6000 |
| 10/13/2022 | Bought | 24 | $10.7000 |
| 10/14/2022 | Bought | 10 | $10.9000 |
| 10/14/2022 | Bought | 10 | $10.9100 |
| 10/14/2022 | Bought | 3 | $10.8500 |
| 10/18/2022 | Bought | 11 | $11.8200 |
| 10/18/2022 | Bought | 10 | $11.8100 |
| 10/24/2022 | Bought | 13 | $10.7900 |
| 10/24/2022 | Bought | 10 | $10.8100 |
| 11/2/2022 | Bought | 17 | $12.0300 |
| 11/7/2022 | Bought | 19 | $10.4000 |
| 11/7/2022 | Bought | 10 | $10.4000 |
| 11/7/2022 | Bought | 1 | $10.4000 |

### ACCOUNT 6 (Anusha Konda)

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/25/2022 | Bought | 165 | $12.2700 |
| 5/27/2022 | Bought | 2 | $12.3400 |