# EXHIBIT C

**Kranthi Gorlamari's Financial Interest Summary**

| Account No. | Total |
|:---:|---:|
| 1 | -$32,151.53 |
| 2 | -$27,682.27 |
| 3 | -$4,510.91 |
| 4 | -$10,288.08 |
| 5 | -$2,442.57 |
| 6 | -$1,104.13 |
| **Total** | **-$78,179.49** |

Financial Interest Analysis

**Company Name:** Veru Inc.
**Ticker:** VERU
**Class Period:** May 11, 2022 to Nov 9, 2022
**Name:** Kranthi Gorlamari

### ACCOUNT 1

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/12/2022 | 400 | $8.8000 | -$3,520.0000 | | $0.0000 | -$3,520.00 |
| 5/12/2022 | 300 | $9.0000 | -$2,700.0000 | | $0.0000 | -$2,700.00 |
| 5/12/2022 | 100 | $8.8500 | -$885.0000 | | $0.0000 | -$885.00 |
| 5/12/2022 | 100 | $8.8900 | -$889.0000 | | $0.0000 | -$889.00 |
| 5/12/2022 | 100 | $9.0000 | -$900.0000 | | $0.0000 | -$900.00 |
| 5/12/2022 | 100 | $9.0000 | -$900.0000 | | $0.0000 | -$900.00 |
| 5/12/2022 | 25 | $8.8800 | -$222.0000 | | $0.0000 | -$222.00 |
| 5/12/2022 | 16 | $8.5000 | -$136.0000 | | $0.0000 | -$136.00 |
| 5/13/2022 | -1 | | $0.0000 | $13.1100 | $13.1100 | $13.11 |
| 5/13/2022* | -1 | | $0.0000 | $9.5500 | $9.5500 | $9.55 |
| 5/13/2022 | -25 | | $0.0000 | $13.7000 | $342.5000 | $342 50 |
| 5/13/2022 | -25 | | $0.0000 | $13.5000 | $337.5000 | $337 50 |
| 5/13/2022 | -28 | | $0.0000 | $13.6000 | $380.8000 | $380.80 |
| 5/13/2022 | -99 | | $0.0000 | $13.1100 | $1,297.8900 | $1,297.89 |
| 5/18/2022 | 25 | $13.9000 | -$347.5000 | | $0.0000 | -$347.50 |
| 5/18/2022 | 25 | $14.0000 | -$350.0000 | | $0.0000 | -$350.00 |
| 5/18/2022 | 20 | $14.0300 | -$280.6000 | | $0.0000 | -$280.60 |
| 5/20/2022 | 50 | $12.8600 | -$643.0000 | | $0.0000 | -$643.00 |
| 5/20/2022 | 20 | $13.7000 | -$274.0000 | | $0.0000 | -$274.00 |
| 5/20/2022 | 16 | $12.8900 | -$206.2400 | | $0.0000 | -$206 24 |
| 5/20/2022 | 10 | $12.8500 | -$128.5000 | | $0.0000 | -$128 50 |
| 5/20/2022 | 10 | $12.8000 | -$128.0000 | | $0.0000 | -$128.00 |
| 5/20/2022 | 10 | $12.8700 | -$128.7000 | | $0.0000 | -$128.70 |
| 5/20/2022 | 10 | $13.6400 | -$136.4000 | | $0.0000 | -$136.40 |
| 5/20/2022 | 4 | $12.8500 | -$51.4000 | | $0.0000 | -$51.40 |
| 5/24/2022 | 125 | $12.7000 | -$1,587.5000 | | $0.0000 | -$1,587.50 |
| 5/24/2022 | 100 | $12.5900 | -$1,259.0000 | | $0.0000 | -$1,259.00 |
| 5/24/2022 | 83 | $12.0000 | -$996.0000 | | $0.0000 | -$996.00 |
| 5/24/2022 | 48 | $12.3900 | -$594.7200 | | $0.0000 | -$594.72 |
| 5/24/2022 | 33 | $12.3600 | -$407.8800 | | $0.0000 | -$407.88 |
| 5/24/2022 | 25 | $11.9100 | -$297.7500 | | $0.0000 | -$297.75 |
| 5/24/2022 | 21 | $11.9200 | -$250.3200 | | $0.0000 | -$250 32 |
| 5/24/2022 | -208 | | $0.0000 | $13.4600 | $2,799.6800 | $2,799.68 |
| 5/25/2022 | 515 | $12.4900 | -$6,432.3500 | | $0.0000 | -$6,432.35 |
| 5/26/2022 | 25 | $12.3000 | -$307.5000 | | $0.0000 | -$307 50 |
| 5/26/2022 | 25 | $12.3200 | -$308.0000 | | $0.0000 | -$308.00 |
| 5/26/2022 | 25 | $12.1300 | -$303.2500 | | $0.0000 | -$303 25 |
| 5/26/2022 | 8 | $12.4900 | -$99.9200 | | $0.0000 | -$99 92 |
| 5/27/2022 | 40 | $12.5200 | -$500.8000 | | $0.0000 | -$500.80 |
| 5/27/2022 | 32 | $12.3800 | -$396.1600 | | $0.0000 | -$396 16 |
| 5/27/2022 | 25 | $12.6000 | -$315.0000 | | $0.0000 | -$315.00 |
| 5/27/2022 | 20 | $12.2500 | -$245.0000 | | $0.0000 | -$245.00 |
| 5/27/2022 | 20 | $12.6400 | -$252.8000 | | $0.0000 | -$252.80 |
| 5/27/2022 | 18 | $12.4200 | -$223.5600 | | $0.0000 | -$223 56 |
| 5/27/2022 | 16 | $12.5900 | -$201.4400 | | $0.0000 | -$201.44 |
| 5/27/2022 | 6 | $12.3500 | -$74.1000 | | $0.0000 | -$74 10 |
| 5/27/2022 | 5 | $12.3500 | -$61.7500 | | $0.0000 | -$61.75 |
| 5/27/2022 | 2 | $12.5900 | -$25.1800 | | $0.0000 | -$25 18 |
| 5/27/2022 | 2 | $12.5900 | -$25.1800 | | $0.0000 | -$25 18 |
| 6/1/2022 | 100 | $11.8300 | -$1,183.0000 | | $0.0000 | -$1,183.00 |
| 6/1/2022 | 70 | $11.6000 | -$812.0000 | | $0.0000 | -$812.00 |
| 6/1/2022 | 34 | $11.9500 | -$406.3000 | | $0.0000 | -$406 30 |
| 6/1/2022 | 20 | $12.0000 | -$240.0000 | | $0.0000 | -$240.00 |
| 6/1/2022 | 19 | $11.6800 | -$221.9200 | | $0.0000 | -$221 92 |
| 6/1/2022 | 11 | $11.6200 | -$127.8200 | | $0.0000 | -$127.82 |
| 6/1/2022 | 9 | $12.2000 | -$109.8000 | | $0.0000 | -$109.80 |
| 6/1/2022 | 7 | $11.8700 | -$83.0900 | | $0.0000 | -$83.09 |
| 6/1/2022 | 6 | $11.5200 | -$69.1200 | | $0.0000 | -$69 12 |
| 6/1/2022 | 5 | $11.9900 | -$59.9500 | | $0.0000 | -$59 95 |
| 6/1/2022 | 5 | $12.1000 | -$60.5000 | | $0.0000 | -$60 50 |
| 6/1/2022 | 3 | $11.9900 | -$35.9700 | | $0.0000 | -$35 97 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/6/2022 | 40 | $13.5100 | -$540.4000 | | $0.0000 | -$540.40 |
| 6/6/2022 | 10 | $13.4900 | -$134.9000 | | $0.0000 | -$134 90 |
| 6/8/2022 | 25 | $15.1800 | -$379.5000 | | $0.0000 | -$379 50 |
| 6/8/2022 | 21 | $15.1900 | -$318.9900 | | $0.0000 | -$318 99 |
| 6/8/2022 | 4 | $15.1800 | -$60.7200 | | $0.0000 | -$60.72 |
| 6/9/2022 | 100 | $14.2600 | -$1,426.0000 | | $0.0000 | -$1,426.00 |
| 6/9/2022 | 100 | $14.2300 | -$1,423.000 | | $0.0000 | -$1,423.00 |
| 6/9/2022 | 50 | $14.2800 | -$714.0000 | | $0.0000 | -$714.00 |
| 6/9/2022 | 50 | $14.2100 | -$710.5000 | | $0.0000 | -$710 50 |
| 6/9/2022 | 25 | $13.7700 | -$344.2500 | | $0.0000 | -$344 25 |
| 6/9/2022 | 25 | $13.7700 | -$344.2500 | | $0.0000 | -$344 25 |
| 6/9/2022 | 25 | $14.2000 | -$355.0000 | | $0.0000 | -$355.00 |
| 6/9/2022 | 25 | $14.2000 | -$355.0000 | | $0.0000 | -$355.00 |
| 6/9/2022 | 4 | $13.7500 | -$55.0000 | | $0.0000 | -$55.00 |
| 6/10/2022 | 26 | $12.8800 | -$334.8800 | | $0.0000 | -$334.88 |
| 6/10/2022 | 24 | $12.8100 | -$307.4400 | | $0.0000 | -$307.44 |
| 6/10/2022 | 12 | $12.8500 | -$154.2000 | | $0.0000 | -$154 20 |
| 6/10/2022 | 4 | $12.8800 | -$51.5200 | | $0.0000 | -$51 52 |
| 6/13/2022 | 30 | $12.4900 | -$374.7000 | | $0.0000 | -$374.70 |
| 6/13/2022 | 23 | $12.4900 | -$287.2700 | | $0.0000 | -$287 27 |
| 6/13/2022 | 20 | $12.5600 | -$251.2000 | | $0.0000 | -$251 20 |
| 6/13/2022 | 10 | $12.5200 | -$125.2000 | | $0.0000 | -$125 20 |
| 6/13/2022 | 5 | $12.5200 | -$62.6000 | | $0.0000 | -$62.60 |
| 6/16/2022 | 1 | $11.8700 | -$11.8700 | | $0.0000 | -$11.87 |
| 6/16/2022** | -3,121 | | $0.0000 | $11.9000 | $37,139.9000 | $37,139 90 |
| 6/22/2022 | 2,600 | $13.7300 | -$35,698.0000 | | $0.0000 | -$35,698.00 |
| 6/27/2022 | 40 | $12.7000 | -$508.0000 | | $0.0000 | -$508.00 |
| 6/28/2022 | 29 | $12.1000 | -$350.9000 | | $0.0000 | -$350 90 |
| 6/28/2022 | 21 | $11.8100 | -$248.0100 | | $0.0000 | -$248.01 |
| 6/28/2022 | 9 | $12.1000 | -$108.9000 | | $0.0000 | -$108 90 |
| 6/29/2022 | 22 | $11.5200 | -$253.4400 | | $0.0000 | -$253.44 |
| 7/1/2022 | 28 | $11.2000 | -$313.6000 | | $0.0000 | -$313.60 |
| 7/5/2022 | 18 | $11.0600 | -$199.0800 | | $0.0000 | -$199.08 |
| 7/7/2022 | 608 | $13.6600 | -$8,305.2800 | | $0.0000 | -$8,305 28 |
| 7/7/2022 | 575 | $13.7000 | -$7,877.5000 | | $0.0000 | -$7,877 50 |
| 7/7/2022 | 500 | $13.6700 | -$6,835.0000 | | $0.0000 | -$6,835.00 |
| 7/7/2022 | 280 | $13.6400 | -$3,819.2000 | | $0.0000 | -$3,819.20 |
| 7/7/2022 | 207 | $13.6600 | -$2,827.6200 | | $0.0000 | -$2,827.62 |
| 7/7/2022 | 200 | $13.7000 | -$2,740.0000 | | $0.0000 | -$2,740.00 |
| 7/7/2022 | 185 | $13.6600 | -$2,527.1000 | | $0.0000 | -$2,527.10 |
| 7/7/2022 | 100 | $13.6900 | -$1,369.0000 | | $0.0000 | -$1,369.00 |
| 7/7/2022 | 100 | $13.6400 | -$1,364.0000 | | $0.0000 | -$1,364.00 |
| 7/7/2022 | 25 | $13.6900 | -$342.2500 | | $0.0000 | -$342 25 |
| 7/7/2022 | -2,768 | | $0.0000 | $13.7400 | $38,032.3200 | $38,032 32 |
| 7/8/2022 | 20 | $12.1200 | -$242.4000 | | $0.0000 | -$242.40 |
| 7/8/2022 | 10 | $12.0500 | -$120.5000 | | $0.0000 | -$120 50 |
| 7/8/2022 | 10 | $12.1900 | -$121.9000 | | $0.0000 | -$121 90 |
| 7/8/2022 | 3 | $12.1400 | -$36.4200 | | $0.0000 | -$36.42 |
| 7/11/2022 | 2,550 | $15.1800 | -$38,709.0000 | | $0.0000 | -$38,709.00 |
| 7/11/2022 | 1 | $15.2800 | -$15.2800 | | $0.0000 | -$15 28 |
| 7/11/2022 | -2,823 | | $0.0000 | $13.7800 | $38,900.9400 | $38,900 94 |
| 7/12/2022 | 14 | $14.8000 | -$207.2000 | | $0.0000 | -$207 20 |
| 7/19/2022 | -15 | | $0.0000 | $16.8700 | $253.0500 | $253.05 |
| 7/19/2022 | -50 | | $0.0000 | $17.0000 | $850.0000 | $850.00 |
| 7/27/2022 | 32 | $12.2600 | -$392.3200 | | $0.0000 | -$392 32 |
| 8/4/2022 | 30 | $11.9400 | -$358.2000 | | $0.0000 | -$358 20 |
| 8/9/2022 | 50 | $11.6600 | -$583.0000 | | $0.0000 | -$583.00 |
| 8/9/2022 | 50 | $11.6100 | -$580.5000 | | $0.0000 | -$580 50 |
| 8/9/2022 | 50 | $11.6000 | -$580.0000 | | $0.0000 | -$580.00 |
| 8/9/2022 | 25 | $11.5600 | -$289.0000 | | $0.0000 | -$289.00 |
| 8/9/2022 | 13 | $11.5600 | -$150.2800 | | $0.0000 | -$150 28 |
| 8/10/2022 | 30 | $11.4700 | -$344.1000 | | $0.0000 | -$344 10 |
| 8/10/2022 | 10 | $11.3900 | -$113.9000 | | $0.0000 | -$113 90 |
| 8/10/2022 | 10 | $11.5500 | -$115.5000 | | $0.0000 | -$115 50 |
| 8/11/2022* | 40 | $10.3400 | -$413.6000 | | $0.0000 | -$413.60 |
| 8/11/2022 | 25 | $15.4400 | -$386.0000 | | $0.0000 | -$386.00 |
| 8/11/2022* | 25 | $10.3100 | -$257.7500 | | $0.0000 | -$257.75 |
| 8/11/2022* | 15 | $10.2600 | -$153.9000 | | $0.0000 | -$153 90 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/11/2022* | 10 | $10.6600 | -$106.6000 | | $0.0000 | -$106.60 |
| 8/11/2022* | 10 | $10.2300 | -$102.3000 | | $0.0000 | -$102 30 |
| 8/11/2022 | 1 | $15.4500 | -$15.4500 | | $0.0000 | -$15.45 |
| 8/11/2022 | -100 | | $0.0000 | $15.6000 | $1,560.0000 | $1,560.00 |
| 8/11/2022 | -100 | | $0.0000 | $15.6400 | $1,564.0000 | $1,564.00 |
| 8/11/2022 | -100 | | $0.0000 | $16.0000 | $1,600.0000 | $1,600.00 |
| 8/11/2022 | -100 | | $0.0000 | $15.7800 | $1,578.0000 | $1,578.00 |
| 8/11/2022 | -2,500 | | $0.0000 | $15.6000 | $39,000.0000 | $39,000.00 |
| 8/12/2022 | 1,400 | $15.8900 | -$22,246.0000 | | $0.0000 | -$22,246.00 |
| 8/12/2022 | 900 | $15.8700 | -$14,283.0000 | | $0.0000 | -$14,283.00 |
| 8/12/2022 | 500 | $18.9700 | -$9,485.0000 | | $0.0000 | -$9,485.00 |
| 8/12/2022 | 485 | $18.9400 | $18.9700 | | $0.0000 | $18 97 |
| 8/12/2022 | 80 | $15.8900 | -$1,271.2000 | | $0.0000 | -$1,271.20 |
| 8/12/2022 | 50 | $15.8800 | -$794.0000 | | $0.0000 | -$794.00 |
| 8/12/2022 | 50 | $15.8800 | -$794.0000 | | $0.0000 | -$794.00 |
| 8/12/2022 | 50 | $15.8800 | -$794.0000 | | $0.0000 | -$794.00 |
| 8/12/2022 | 50 | $15.8800 | -$794.0000 | | $0.0000 | -$794.00 |
| 8/12/2022 | 50 | $15.8800 | -$794.0000 | | $0.0000 | -$794.00 |
| 8/12/2022 | 34 | $15.8700 | -$539.5800 | | $0.0000 | -$539 58 |
| 8/12/2022 | 34 | $15.8900 | -$540.2600 | | $0.0000 | -$540 26 |
| 8/12/2022 | 34 | $15.8800 | -$539.9200 | | $0.0000 | -$539 92 |
| 8/12/2022 | 34 | $15.8800 | -$539.9200 | | $0.0000 | -$539 92 |
| 8/12/2022 | 34 | $15.8800 | -$539.9200 | | $0.0000 | -$539 92 |
| 8/12/2022 | 34 | $15.8800 | -$539.9200 | | $0.0000 | -$539 92 |
| 8/12/2022 | 20 | $15.8800 | -$317.6000 | | $0.0000 | -$317.60 |
| 8/12/2022 | 20 | $15.8900 | -$317.8000 | | $0.0000 | -$317.80 |
| 8/12/2022 | 19 | $15.8700 | -$301.5300 | | $0.0000 | -$301 53 |
| 8/12/2022 | 15 | $18.9400 | -$284.1000 | | $0.0000 | -$284 10 |
| 8/12/2022 | 1 | $16.0600 | -$16.0600 | | $0.0000 | -$16.06 |
| 8/12/2022 | -100 | | $0.0000 | $16.0000 | $1,600.0000 | $1,600.00 |
| 8/12/2022 | -2,819 | | $0.0000 | $16.0000 | $45,104.0000 | $45,104.00 |
| 8/15/2022 | 800 | $19.1600 | -$15,328.0000 | | $0.0000 | -$15,328.00 |
| 8/15/2022 | 100 | $19.1200 | -$1,912.0000 | | $0.0000 | -$1,912.00 |
| 8/15/2022 | 100 | $19.1000 | -$1,910.0000 | | $0.0000 | -$1,910.00 |
| 8/15/2022 | 75 | $19.0600 | -$1,429.5000 | | $0.0000 | -$1,429.50 |
| 8/15/2022 | 50 | $19.1200 | -$956.0000 | | $0.0000 | -$956.00 |
| 8/15/2022 | 50 | $19.1200 | -$956.0000 | | $0.0000 | -$956.00 |
| 8/15/2022 | 50 | $19.1600 | -$958.0000 | | $0.0000 | -$958.00 |
| 8/15/2022 | 50 | $19.1600 | -$958.0000 | | $0.0000 | -$958.00 |
| 8/15/2022 | 50 | $19.3000 | -$965.0000 | | $0.0000 | -$965.00 |
| 8/15/2022 | 50 | $19.3000 | -$965.0000 | | $0.0000 | -$965.00 |
| 8/15/2022 | 49 | $19.1600 | -$938.8400 | | $0.0000 | -$938.84 |
| 8/15/2022 | 25 | $19.1200 | -$478.0000 | | $0.0000 | -$478.00 |
| 8/15/2022 | 22 | $19.1600 | -$421.5200 | | $0.0000 | -$421 52 |
| 8/15/2022 | 20 | $19.1600 | -$383.2000 | | $0.0000 | -$383 20 |
| 8/15/2022 | 10 | $19.1100 | -$191.1000 | | $0.0000 | -$191 10 |
| 8/15/2022 | 10 | $19.0800 | -$190.8000 | | $0.0000 | -$190.80 |
| 8/15/2022 | 10 | $19.1700 | -$191.7000 | | $0.0000 | -$191.70 |
| 8/15/2022 | 10 | $19.2700 | -$192.7000 | | $0.0000 | -$192.70 |
| 8/15/2022 | 10 | $19.3700 | -$193.7000 | | $0.0000 | -$193.70 |
| 8/15/2022 | 10 | $19.4000 | -$194.0000 | | $0.0000 | -$194.00 |
| 8/15/2022 | 9 | $19.1900 | -$172.7100 | | $0.0000 | -$172.71 |
| 8/15/2022 | 8 | $19.1600 | -$153.2800 | | $0.0000 | -$153 28 |
| 8/15/2022 | 7 | $19.4000 | -$135.8000 | | $0.0000 | -$135.80 |
| 8/15/2022 | 1 | $19.1900 | -$19.1900 | | $0.0000 | -$19 19 |
| 8/18/2022 | 100 | $20.5700 | -$2,057.0000 | | $0.0000 | -$2,057.00 |
| 8/18/2022 | 100 | $21.1000 | -$2,110.0000 | | $0.0000 | -$2,110.00 |
| 8/18/2022 | 50 | $18.9900 | -$949.5000 | | $0.0000 | -$949 50 |
| 8/18/2022 | 25 | $18.7000 | -$467.5000 | | $0.0000 | -$467 50 |
| 8/18/2022 | 25 | $18.9000 | -$472.5000 | | $0.0000 | -$472 50 |
| 8/18/2022 | 25 | $18.8800 | -$472.0000 | | $0.0000 | -$472.00 |
| 8/18/2022 | 25 | $19.0000 | -$475.0000 | | $0.0000 | -$475.00 |
| 8/18/2022 | 25 | $19.1500 | -$478.7500 | | $0.0000 | -$478.75 |
| 8/18/2022 | 25 | $18.9800 | -$474.5000 | | $0.0000 | -$474 50 |
| 8/18/2022 | 25 | $18.9600 | -$474.0000 | | $0.0000 | -$474.00 |
| 8/18/2022 | 25 | $19.0300 | -$475.7500 | | $0.0000 | -$475.75 |
| 8/18/2022 | 25 | $20.5000 | -$512.5000 | | $0.0000 | -$512 50 |
| 8/18/2022 | 25 | $20.4400 | -$511.0000 | | $0.0000 | -$511.00 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/18/2022 | 25 | $20.6100 | -$515.2500 | | $0.0000 | -$515 25 |
| 8/18/2022 | 25 | $20.6000 | -$515.0000 | | $0.0000 | -$515.00 |
| 8/18/2022 | 25 | $20.6500 | -$516.2500 | | $0.0000 | -$516 25 |
| 8/18/2022 | 25 | $20.5500 | -$513.7500 | | $0.0000 | -$513.75 |
| 8/18/2022 | 25 | $20.7000 | -$517.5000 | | $0.0000 | -$517 50 |
| 8/18/2022 | 25 | $20.7100 | -$517.7500 | | $0.0000 | -$517.75 |
| 8/18/2022 | 25 | $20.8200 | -$520.5000 | | $0.0000 | -$520 50 |
| 8/18/2022 | 25 | $20.5000 | -$512.5000 | | $0.0000 | -$512 50 |
| 8/18/2022 | 25 | $20.5700 | -$514.2500 | | $0.0000 | -$514 25 |
| 8/18/2022 | 23 | $20.8700 | -$480.0100 | | $0.0000 | -$480.01 |
| 8/18/2022 | 22 | $20.5500 | -$452.1000 | | $0.0000 | -$452 10 |
| 8/18/2022 | 3 | $20.5500 | -$61.6500 | | $0.0000 | -$61.65 |
| 8/18/2022 | 1 | $21.0000 | -$21.0000 | | $0.0000 | -$21.00 |
| 8/18/2022 | 1 | $21.5600 | -$21.5600 | | $0.0000 | -$21 56 |
| 8/18/2022 | -1 | | $0.0000 | $21.4400 | $21.4400 | $21.44 |
| 8/18/2022 | -100 | | $0.0000 | $21.4400 | $2,144.0000 | $2,144.00 |
| 8/18/2022 | -100 | | $0.0000 | $21.4400 | $2,144.0000 | $2,144.00 |
| 8/18/2022 | -2,376 | | $0.0000 | $21.4200 | $50,893.9200 | $50,893 92 |
| 8/19/2022 | 1,500 | $19.4400 | -$29,160.0000 | | $0.0000 | -$29,160.00 |
| 8/19/2022 | 100 | $18.8500 | -$1,885.0000 | | $0.0000 | -$1,885.00 |
| 8/19/2022 | 100 | $19.0200 | -$1,902.0000 | | $0.0000 | -$1,902.00 |
| 8/19/2022 | 100 | $18.9200 | -$1,892.0000 | | $0.0000 | -$1,892.00 |
| 8/19/2022 | 100 | $18.8700 | -$1,887.0000 | | $0.0000 | -$1,887.00 |
| 8/19/2022 | 100 | $18.9400 | -$1,894.0000 | | $0.0000 | -$1,894.00 |
| 8/19/2022 | 100 | $19.1200 | -$1,912.0000 | | $0.0000 | -$1,912.00 |
| 8/19/2022 | 100 | $19.1500 | -$1,915.0000 | | $0.0000 | -$1,915.00 |
| 8/19/2022 | 50 | $18.1600 | -$908.0000 | | $0.0000 | -$908.00 |
| 8/19/2022 | 50 | $18.8400 | -$942.0000 | | $0.0000 | -$942.00 |
| 8/19/2022 | 40 | $17.7200 | -$708.8000 | | $0.0000 | -$708.80 |
| 8/19/2022 | 25 | $18.6700 | -$466.7500 | | $0.0000 | -$466.75 |
| 8/19/2022 | 25 | $18.6600 | -$466.5000 | | $0.0000 | -$466 50 |
| 8/19/2022 | 25 | $18.7900 | -$469.7500 | | $0.0000 | -$469.75 |
| 8/19/2022 | 25 | $18.8200 | -$470.5000 | | $0.0000 | -$470 50 |
| 8/19/2022 | 25 | $18.8400 | -$471.0000 | | $0.0000 | -$471.00 |
| 8/19/2022 | 25 | $18.9500 | -$473.7500 | | $0.0000 | -$473.75 |
| 8/19/2022 | 25 | $18.7300 | -$468.2500 | | $0.0000 | -$468 25 |
| 8/19/2022 | 25 | $19.1600 | -$479.0000 | | $0.0000 | -$479.00 |
| 9/7/2022 | 500 | $11.1600 | -$5,580.0000 | | $0.0000 | -$5,580.00 |
| 9/7/2022 | 275 | $11.3300 | -$3,115.7500 | | $0.0000 | -$3,115.75 |
| 9/7/2022 | 150 | $11.1100 | -$1,666.5000 | | $0.0000 | -$1,666.50 |
| 9/7/2022 | 100 | $11.0700 | -$1,107.0000 | | $0.0000 | -$1,107.00 |
| 9/7/2022 | 100 | $11.3200 | -$1,132.0000 | | $0.0000 | -$1,132.00 |
| 9/7/2022 | 75 | $11.3200 | -$849.0000 | | $0.0000 | -$849.00 |
| 9/7/2022 | 35 | $11.7300 | -$410.5500 | | $0.0000 | -$410 55 |
| 9/7/2022 | 25 | $11.0400 | -$276.0000 | | $0.0000 | -$276.00 |
| 9/7/2022 | 25 | $11.0800 | -$277.0000 | | $0.0000 | -$277.00 |
| 9/7/2022 | 25 | $11.1700 | -$279.2500 | | $0.0000 | -$279 25 |
| 9/7/2022 | 25 | $11.1400 | -$278.5000 | | $0.0000 | -$278 50 |
| 9/7/2022 | 20 | $11.1300 | -$222.6000 | | $0.0000 | -$222.60 |
| 9/7/2022 | 6 | $11.1300 | -$66.7800 | | $0.0000 | -$66.78 |
| 9/7/2022 | 4 | $11.1300 | -$44.5200 | | $0.0000 | -$44 52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **4,679** | | | | **Account 1 Subtotal:** | **-$58,631.44** |
| | | | **90-Day Average Price*** | **Shares Retained** | **90-Day Average:** | $26,479.91 |
| | | | $5.6593 | 4,679 | **Account 1 Total:** | **-$32,151.53** |

**ACCOUNT 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/13/2022 | 30 | $12.6000 | -$378.0000 | | $0.0000 | -$378.00 |
| 5/16/2022 | 100 | $13.2300 | -$1,323.0000 | | $0.0000 | -$1,323.00 |
| 5/17/2022 | 5 | $13.0400 | -$65.2000 | | $0.0000 | -$65 20 |
| 5/18/2022 | 50 | $15.7200 | -$786.0000 | | $0.0000 | -$786.00 |
| 5/18/2022 | 40 | $15.6400 | -$625.6000 | | $0.0000 | -$625.60 |
| 5/18/2022 | 25 | $14.5000 | -$362.5000 | | $0.0000 | -$362 50 |
| 5/18/2022 | 25 | $15.6000 | -$390.0000 | | $0.0000 | -$390.00 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/18/2022 | 20 | $13.9000 | -$278.0000 | | $0.0000 | -$278.00 |
| 5/18/2022 | 20 | $15.0000 | -$300.0000 | | $0.0000 | -$300.00 |
| 5/18/2022 | 20 | $15.5000 | -$310.0000 | | $0.0000 | -$310.00 |
| 5/18/2022 | 10 | $14.9000 | -$149.0000 | | $0.0000 | -$149.00 |
| 5/18/2022 | 10 | $15.0000 | -$150.0000 | | $0.0000 | -$150.00 |
| 5/18/2022 | 10 | $15.0000 | -$150.0000 | | $0.0000 | -$150.00 |
| 5/18/2022 | 10 | $15.1400 | -$151.4000 | | $0.0000 | -$151.40 |
| 5/18/2022 | 10 | $15.2000 | -$152.0000 | | $0.0000 | -$152.00 |
| 5/18/2022 | 10 | $15.2300 | -$152.3000 | | $0.0000 | -$152 30 |
| 5/18/2022 | 10 | $15.5300 | -$155.3000 | | $0.0000 | -$155 30 |
| 5/18/2022 | 10 | $15.5900 | -$155.9000 | | $0.0000 | -$155 90 |
| 5/18/2022 | 10 | $15.8200 | -$158.2000 | | $0.0000 | -$158 20 |
| 5/18/2022 | 10 | $15.9000 | -$159.0000 | | $0.0000 | -$159.00 |
| 5/18/2022 | 10 | $15.9400 | -$159.4000 | | $0.0000 | -$159.40 |
| 5/18/2022 | 10 | $16.0000 | -$160.0000 | | $0.0000 | -$160.00 |
| 5/18/2022 | 10 | $16.1400 | -$161.4000 | | $0.0000 | -$161.40 |
| 5/18/2022 | 5 | $15.5800 | -$77.9000 | | $0.0000 | -$77 90 |
| 5/20/2022 | 30 | $12.8800 | -$386.4000 | | $0.0000 | -$386.40 |
| 5/20/2022 | 25 | $13.3800 | -$334.5000 | | $0.0000 | -$334 50 |
| 5/20/2022 | 20 | $12.8600 | -$257.2000 | | $0.0000 | -$257 20 |
| 5/20/2022 | 9 | $12.7000 | -$114.3000 | | $0.0000 | -$114 30 |
| 5/26/2022 | 25 | $12.1900 | -$304.7500 | | $0.0000 | -$304.75 |
| 5/27/2022 | 100 | $12.2900 | -$1,229.0000 | | $0.0000 | -$1,229.00 |
| 5/27/2022 | 50 | $12.3600 | -$618.0000 | | $0.0000 | -$618.00 |
| 5/27/2022 | 49 | $12.3700 | -$606.1300 | | $0.0000 | -$606 13 |
| 5/27/2022 | 25 | $12.3700 | -$309.2500 | | $0.0000 | -$309 25 |
| 5/27/2022 | 24 | $12.3600 | -$296.6400 | | $0.0000 | -$296.64 |
| 5/27/2022 | 16 | $12.4200 | -$198.7200 | | $0.0000 | -$198.72 |
| 6/10/2022 | 75 | $13.0300 | -$977.2500 | | $0.0000 | -$977 25 |
| 6/10/2022 | 27 | $12.9300 | -$349.1100 | | $0.0000 | -$349 11 |
| 6/10/2022 | 7 | $13.0400 | -$91.2800 | | $0.0000 | -$91 28 |
| 7/14/2022 | 198 | $15.7100 | -$3,110.5800 | | $0.0000 | -$3,110.58 |
| 7/14/2022 | 100 | $15.6900 | -$1,569.0000 | | $0.0000 | -$1,569.00 |
| 7/14/2022 | 68 | $15.4700 | -$1,051.9600 | | $0.0000 | -$1,051.96 |
| 7/14/2022 | 25 | $15.4500 | -$386.2500 | | $0.0000 | -$386 25 |
| 7/14/2022 | 14 | $15.6800 | -$219.5200 | | $0.0000 | -$219 52 |
| 7/21/2022 | 300 | $15.7300 | -$4,719.0000 | | $0.0000 | -$4,719.00 |
| 7/21/2022 | 50 | $15.7300 | -$786.5000 | | $0.0000 | -$786 50 |
| 7/21/2022 | 38 | $15.6800 | -$595.8400 | | $0.0000 | -$595.84 |
| 11/3/2022 | 390 | $11.4800 | -$4,477.2000 | | $0.0000 | -$4,477.20 |
| 11/3/2022 | 380 | $11.4400 | -$4,347.2000 | | $0.0000 | -$4,347.20 |
| 11/3/2022 | 354 | $11.4700 | -$4,060.3800 | | $0.0000 | -$4,060.38 |
| 11/3/2022 | 300 | $11.4400 | -$3,432.0000 | | $0.0000 | -$3,432.00 |
| 11/3/2022 | 180 | $11.5700 | -$2,082.6000 | | $0.0000 | -$2,082.60 |
| 11/3/2022 | 100 | $11.4200 | -$1,142.0000 | | $0.0000 | -$1,142.00 |
| 11/3/2022 | 100 | $11.4400 | -$1,144.0000 | | $0.0000 | -$1,144.00 |
| 11/3/2022 | 100 | $11.4500 | -$1,145.0000 | | $0.0000 | -$1,145.00 |
| 11/3/2022 | 100 | $11.4500 | -$1,145.0000 | | $0.0000 | -$1,145.00 |
| 11/3/2022 | 25 | $11.5500 | -$288.7500 | | $0.0000 | -$288.75 |
| 11/3/2022 | 21 | $11.5200 | -$241.9200 | | $0.0000 | -$241 92 |
| 11/3/2022 | 20 | $11.4500 | -$229.0000 | | $0.0000 | -$229.00 |
| 11/3/2022 | 10 | $11.4000 | -$114.0000 | | $0.0000 | -$114.00 |
| 11/3/2022 | 10 | $11.5400 | -$115.4000 | | $0.0000 | -$115.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **3,835** | | | | **Account 2 Subtotal:** | **-$49,385.73** |
| | | | **90-Day Average Price*** | **Shares Retained** | **90-Day Average:** | $21,703.46 |
| | | | $5.6593 | 3,835 | **Account 2 Total:** | **-$27,682.27** |

**ACCOUNT 3**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/26/2022 | 100 | $12.3000 | -$1,230.0000 | | $0.0000 | -$1,230.00 |
| 5/26/2022 | 75 | $12.2300 | -$917.2500 | | $0.0000 | -$917 25 |
| 5/26/2022 | 25 | $12.1100 | -$302.7500 | | $0.0000 | -$302.75 |
| 5/27/2022 | 4 | $12.2900 | -$49.1600 | | $0.0000 | -$49 16 |
| 6/1/2022 | 33 | $11.5550 | -$381.3150 | | $0.0000 | -$381 32 |
| 6/1/2022 | 10 | $11.5260 | -$115.2600 | | $0.0000 | -$115 26 |
| 6/7/2022 | 249 | $15.6499 | -$3,896.8251 | | $0.0000 | -$3,896.83 |
| 6/7/2022 | -47 | | $0.0000 | $15.8598 | $745.4106 | $745.41 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/7/2022 | -50 | | $0.0000 | $15.8500 | $792.5000 | $792 50 |
| 6/7/2022 | -50 | | $0.0000 | $15.8000 | $790.0000 | $790.00 |
| 6/7/2022 | -100 | | $0.0000 | $15.7500 | $1,575.0000 | $1,575.00 |
| 7/8/2022 | 26 | $12.2143 | -$317.5718 | | $0.0000 | -$317 57 |
| 7/8/2022 | 25 | $12.1401 | -$303.5025 | | $0.0000 | -$303 50 |
| 7/8/2022 | 5 | $12.7386 | -$63.6930 | | $0.0000 | -$63.69 |
| 7/11/2022 | 30 | $14.0900 | -$422.7000 | | $0.0000 | -$422.70 |
| 7/11/2022 | 13 | $14.0990 | -$183.2870 | | $0.0000 | -$183 29 |
| 7/11/2022 | 10 | $13.9300 | -$139.3000 | | $0.0000 | -$139 30 |
| 7/11/2022 | 5 | $13.9400 | -$69.7000 | | $0.0000 | -$69.70 |
| 7/20/2022 | -63 | | $0.0000 | $18.0000 | $1,134.0000 | $1,134.00 |
| 8/11/2022 | -25 | | $0.0000 | $17.2000 | $430.0000 | $430.00 |
| 8/11/2022 | -25 | | $0.0000 | $17.2500 | $431.2500 | $431 25 |
| 8/11/2022 | -25 | | $0.0000 | $16.9350 | $423.3750 | $423 38 |
| 8/11/2022 | -25 | | $0.0000 | $16.9500 | $423.7500 | $423.75 |
| 8/11/2022 | -25 | | $0.0000 | $16.5300 | $413.2500 | $413 25 |
| 8/11/2022 | -25 | | $0.0000 | $16.7300 | $418.2500 | $418 25 |
| 8/11/2022 | -50 | | $0.0000 | $17.2000 | $860.0000 | $860.00 |
| 8/11/2022 | -100 | | $0.0000 | $16.6300 | $1,663.0000 | $1,663.00 |
| 8/15/2022 | 100 | $19.0300 | -$1,903.0000 | | $0.0000 | -$1,903.00 |
| 8/15/2022 | 100 | $19.3000 | -$1,930.0000 | | $0.0000 | -$1,930.00 |
| 8/15/2022 | 50 | $19.3650 | -$968.2500 | | $0.0000 | -$968 25 |
| 8/18/2022 | 25 | $18.9901 | -$474.7525 | | $0.0000 | -$474.75 |
| 8/18/2022 | 10 | $18.6750 | -$186.7500 | | $0.0000 | -$186.75 |
| 8/18/2022 | -250 | | $0.0000 | $21.1601 | $5,290.0250 | $5,290.03 |
| 8/19/2022 | 50 | $18.0000 | -$900.0000 | | $0.0000 | -$900.00 |
| 8/19/2022 | 50 | $18.0000 | -$900.0000 | | $0.0000 | -$900.00 |
| 8/19/2022 | 50 | $18.0900 | -$904.5000 | | $0.0000 | -$904 50 |
| 8/19/2022 | 30 | $17.9573 | -$538.7190 | | $0.0000 | -$538.72 |
| 8/19/2022 | 28 | $17.8686 | -$500.3208 | | $0.0000 | -$500 32 |
| 8/19/2022 | 20 | $17.8666 | -$357.3320 | | $0.0000 | -$357 33 |
| 8/19/2022 | 20 | $18.0550 | -$361.1000 | | $0.0000 | -$361 10 |
| 8/19/2022 | 18 | $18.0000 | -$324.0000 | | $0.0000 | -$324.00 |
| 8/19/2022 | 17 | $18.1000 | -$307.7000 | | $0.0000 | -$307.70 |
| 8/19/2022 | 15 | $18.1500 | -$272.2500 | | $0.0000 | -$272 25 |
| 8/19/2022 | 15 | $18.0413 | -$270.6195 | | $0.0000 | -$270.62 |
| 8/19/2022 | 15 | $18.0000 | -$270.0000 | | $0.0000 | -$270.00 |
| 8/19/2022 | 15 | $18.1000 | -$271.5000 | | $0.0000 | -$271 50 |
| 9/7/2022 | 400 | $11.6100 | -$4,644.0000 | | $0.0000 | -$4,644.00 |
| 9/7/2022 | 200 | $11.5300 | -$2,306.0000 | | $0.0000 | -$2,306.00 |
| 9/7/2022 | 100 | $11.5300 | -$1,153.0000 | | $0.0000 | -$1,153.00 |
| 9/7/2022 | 100 | $11.5950 | -$1,159.5000 | | $0.0000 | -$1,159.50 |
| 9/7/2022 | 100 | $11.5224 | -$1,152.2400 | | $0.0000 | -$1,152.24 |
| 9/7/2022 | 100 | $11.7481 | -$1,174.8100 | | $0.0000 | -$1,174.81 |
| 9/7/2022 | 75 | $11.8650 | -$889.8750 | | $0.0000 | -$889.88 |
| 9/7/2022 | 54 | $12.7675 | -$689.4450 | | $0.0000 | -$689.45 |
| 9/7/2022 | 50 | $11.5660 | -$578.3000 | | $0.0000 | -$578 30 |
| 9/7/2022 | 50 | $11.7050 | -$585.2500 | | $0.0000 | -$585 25 |
| 9/7/2022 | 50 | $11.7150 | -$585.7500 | | $0.0000 | -$585.75 |
| 9/7/2022 | 50 | $11.8950 | -$594.7500 | | $0.0000 | -$594.75 |
| 9/7/2022 | 29 | $11.3798 | -$330.0142 | | $0.0000 | -$330.01 |
| 9/7/2022 | 28 | $15.9300 | -$446.0400 | | $0.0000 | -$446.04 |
| 9/7/2022 | 25 | $11.5849 | -$289.6225 | | $0.0000 | -$289.62 |
| 9/7/2022 | 25 | $11.6450 | -$291.1250 | | $0.0000 | -$291 13 |
| 9/7/2022 | 25 | $11.8250 | -$295.6250 | | $0.0000 | -$295.63 |
| 9/7/2022 | 25 | $11.8995 | -$297.4875 | | $0.0000 | -$297.49 |
| 9/7/2022 | 22 | $11.8978 | -$261.7516 | | $0.0000 | -$261.75 |
| 9/7/2022 | 20 | $11.8050 | -$236.1000 | | $0.0000 | -$236 10 |
| 9/7/2022 | 20 | $12.7350 | -$254.7000 | | $0.0000 | -$254.70 |
| 9/7/2022 | 3 | $11.8200 | -$35.4600 | | $0.0000 | -$35.46 |
| 9/12/2022 | -1,929 | | $0.0000 | $15.2401 | $29,398.1529 | $29,398 15 |
| 9/14/2022 | 200 | $15.5400 | -$3,108.0000 | | $0.0000 | -$3,108.00 |
| 9/14/2022 | 100 | $15.4984 | -$1,549.8400 | | $0.0000 | -$1,549.84 |
| 9/15/2022 | 10 | $15.1389 | -$151.3890 | | $0.0000 | -$151 39 |
| 9/16/2022 | 483 | $14.2900 | -$6,902.0700 | | $0.0000 | -$6,902.07 |
| 9/16/2022 | 182 | $14.2600 | -$2,595.3200 | | $0.0000 | -$2,595.32 |
| 9/16/2022 | 100 | $14.2100 | -$1,421.0000 | | $0.0000 | -$1,421.00 |
| 9/16/2022 | 60 | $14.1900 | -$851.4000 | | $0.0000 | -$851.40 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/16/2022 | 34 | $14.1800 | -$482.1200 | | $0.0000 | -$482 12 |
| 9/16/2022 | 31 | $14.3487 | -$444.8097 | | $0.0000 | -$444.81 |
| 9/16/2022 | 17 | $14.2600 | -$242.4200 | | $0.0000 | -$242.42 |
| 9/16/2022 | 8 | $14.2000 | -$113.6000 | | $0.0000 | -$113.60 |
| 9/16/2022 | 6 | $14.1800 | -$85.0800 | | $0.0000 | -$85.08 |
| 9/16/2022 | 4 | $14.2800 | -$57.1200 | | $0.0000 | -$57 12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,235** | | | | **Account 3 Subtotal:** | **-$11,500 16** |
| | | | **90-Day Average Price***** | **Shares Retained** | **90-Day Average:** | **$6,989.25** |
| | | | $5.6593 | 1,235 | **Account 3 Total:** | **-$4,510.91** |

**ACCOUNT 4**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/12/2022 | 100 | $8.7000 | -$870.0000 | | $0.0000 | -$870.00 |
| 5/13/2022 | 100 | $13.0000 | -$1,300.0000 | | $0.0000 | -$1,300.00 |
| 5/13/2022 | 50 | $12.5000 | -$625.0000 | | $0.0000 | -$625.00 |
| 5/13/2022 | 10 | $12.6000 | -$126.0000 | | $0.0000 | -$126.00 |
| 5/13/2022 | 10 | $12.5000 | -$125.0000 | | $0.0000 | -$125.00 |
| 5/13/2022 | 10 | $12.4391 | -$124.3910 | | $0.0000 | -$124 39 |
| 5/13/2022 | 10 | $12.5492 | -$125.4920 | | $0.0000 | -$125.49 |
| 5/13/2022 | 10 | $12.7000 | -$127.0000 | | $0.0000 | -$127.00 |
| 5/16/2022 | 200 | $13.3297 | -$2,665.9400 | | $0.0000 | -$2,665.94 |
| 5/25/2022 | 350 | $12.4550 | -$4,359.2500 | | $0.0000 | -$4,359.25 |
| 5/26/2022 | 52 | $12.7000 | -$660.4000 | | $0.0000 | -$660.40 |
| 5/26/2022 | 10 | $12.6000 | -$126.0000 | | $0.0000 | -$126.00 |
| 5/27/2022 | 50 | $12.3400 | -$617.0000 | | $0.0000 | -$617.00 |
| 5/27/2022 | 20 | $12.2960 | -$245.9200 | | $0.0000 | -$245 92 |
| 5/27/2022 | 18 | $12.2900 | -$221.2200 | | $0.0000 | -$221.22 |
| 6/1/2022 | 34 | $11.5700 | -$393.3800 | | $0.0000 | -$393 38 |
| 6/1/2022 | 10 | $11.5296 | -$115.2960 | | $0.0000 | -$115 30 |
| 6/7/2022 | -44 | | $0.0000 | $15.9400 | $701.3600 | $701 36 |
| 6/7/2022 | -50 | | $0.0000 | $15.9000 | $795.0000 | $795.00 |
| 6/7/2022 | -50 | | $0.0000 | $16.0400 | $802.0000 | $802.00 |
| 6/7/2022 | -50 | | $0.0000 | $16.1000 | $805.0000 | $805.00 |
| 6/7/2022 | -50 | | $0.0000 | $16.0450 | $802.2500 | $802 25 |
| 6/8/2022 | 100 | $15.2000 | -$1,520.0000 | | $0.0000 | -$1,520.00 |
| 6/8/2022 | 55 | $15.1898 | -$835.4390 | | $0.0000 | -$835.44 |
| 6/8/2022 | 25 | $15.0000 | -$375.0000 | | $0.0000 | -$375.00 |
| 6/8/2022 | 25 | $15.1900 | -$379.7500 | | $0.0000 | -$379.75 |
| 6/8/2022 | 20 | $15.1790 | -$303.5800 | | $0.0000 | -$303 58 |
| 6/8/2022 | 15 | $15.1700 | -$227.5500 | | $0.0000 | -$227 55 |
| 6/8/2022 | 15 | $15.1600 | -$227.4000 | | $0.0000 | -$227.40 |
| 6/9/2022 | 1,000 | $14.0000 | -$14,000.0000 | | $0.0000 | -$14,000.00 |
| 6/9/2022 | 70 | $14.0000 | -$980.0000 | | $0.0000 | -$980.00 |
| 6/9/2022 | 2 | $13.8182 | -$27.6364 | | $0.0000 | -$27.64 |
| 6/9/2022 | -1,055 | | $0.0000 | $14.1900 | $14,970.4500 | $14,970.45 |
| 6/9/2022 | -1,072 | | $0.0000 | $13.8710 | $14,869.7120 | $14,869.71 |
| 6/22/2022 | 1,097 | $13.5295 | -$14,841.8615 | | $0.0000 | -$14,841.86 |
| 6/22/2022 | 2 | $13.5050 | -$27.0100 | | $0.0000 | -$27.01 |
| 7/11/2022* | 1 | $12.9100 | -$12.9100 | | $0.0000 | -$12 91 |
| 7/11/2022 | -1,100 | | $0.0000 | $13.7600 | $15,136.0000 | $15,136.00 |
| 7/12/2022 | 500 | $14.9000 | -$7,450.0000 | | $0.0000 | -$7,450.00 |
| 7/12/2022 | 100 | $14.5400 | -$1,454.0000 | | $0.0000 | -$1,454.00 |
| 7/12/2022 | 100 | $14.5300 | -$1,453.0000 | | $0.0000 | -$1,453.00 |
| 7/12/2022 | 100 | $14.6000 | -$1,460.0000 | | $0.0000 | -$1,460.00 |
| 7/12/2022 | 100 | $14.6600 | -$1,466.0000 | | $0.0000 | -$1,466.00 |
| 7/12/2022 | 50 | $14.4900 | -$724.5000 | | $0.0000 | -$724 50 |
| 7/12/2022 | 50 | $14.5400 | -$727.0000 | | $0.0000 | -$727.00 |
| 7/12/2022 | 50 | $14.5200 | -$726.0000 | | $0.0000 | -$726.00 |
| 7/12/2022 | 25 | $14.5900 | -$364.7500 | | $0.0000 | -$364.75 |
| 7/12/2022 | 25 | $14.4387 | -$360.9675 | | $0.0000 | -$360 97 |
| 7/12/2022 | 5 | $14.4600 | -$72.3000 | | $0.0000 | -$72 30 |
| 7/19/2022 | -5 | | $0.0000 | $17.0000 | $85.0000 | $85.00 |
| 7/19/2022 | -25 | | $0.0000 | $17.1000 | $427.5000 | $427 50 |
| 7/19/2022 | -25 | | $0.0000 | $17.1000 | $427.5000 | $427 50 |
| 7/19/2022 | -50 | | $0.0000 | $17.0816 | $854.0800 | $854.08 |
| 8/11/2022 | -1,000 | | $0.0000 | $16.0960 | $16,096.0000 | $16,096.00 |

Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/15/2022 | 500 | $19.0990 | -$9,549.5000 | | $0.0000 | -$9,549.50 |
| 8/15/2022 | 100 | $18.6199 | -$1,861.9900 | | $0.0000 | -$1,861.99 |
| 8/15/2022 | 100 | $18.6199 | -$1,861.9900 | | $0.0000 | -$1,861.99 |
| 8/15/2022 | 50 | $19.3600 | -$968.0000 | | $0.0000 | -$968.00 |
| 8/15/2022 | 50 | $19.1391 | -$956.9550 | | $0.0000 | -$956 96 |
| 8/15/2022 | 50 | $18.5400 | -$927.0000 | | $0.0000 | -$927.00 |
| 8/18/2022 | -850 | | $0.0000 | $21.1116 | $17,944.8600 | $17,944.86 |
| 8/19/2022 | 390 | $17.7000 | -$6,903.0000 | | $0.0000 | -$6,903.00 |
| 8/19/2022 | 200 | $17.6563 | -$3,531.2600 | | $0.0000 | -$3,531.26 |
| 8/19/2022 | 100 | $17.6929 | -$1,769.2900 | | $0.0000 | -$1,769.29 |
| 8/19/2022 | 100 | $17.6500 | -$1,765.0000 | | $0.0000 | -$1,765.00 |
| 8/19/2022 | 100 | $17.6600 | -$1,766.0000 | | $0.0000 | -$1,766.00 |
| 8/19/2022 | 100 | $17.6388 | -$1,763.8800 | | $0.0000 | -$1,763.88 |
| 8/19/2022 | 50 | $17.7269 | -$886.3450 | | $0.0000 | -$886 35 |
| 8/19/2022 | 25 | $17.6500 | -$441.2500 | | $0.0000 | -$441 25 |
| 8/19/2022 | 25 | $17.5588 | -$438.9700 | | $0.0000 | -$438 97 |
| 9/7/2022 | 200 | $11.9738 | -$2,394.7600 | | $0.0000 | -$2,394.76 |
| 9/7/2022 | 50 | $11.8800 | -$594.0000 | | $0.0000 | -$594.00 |
| 9/7/2022 | 50 | $11.8575 | -$592.8750 | | $0.0000 | -$592.88 |
| 9/7/2022 | 30 | $11.9775 | -$359.3250 | | $0.0000 | -$359 33 |
| 9/7/2022 | 25 | $11.7450 | -$293.6250 | | $0.0000 | -$293.63 |
| 9/7/2022 | 25 | $11.8075 | -$295.1875 | | $0.0000 | -$295 19 |
| 9/7/2022 | 25 | $13.5500 | -$338.7500 | | $0.0000 | -$338.75 |
| 9/7/2022 | 25 | $13.6300 | -$340.7500 | | $0.0000 | -$340.75 |
| 9/7/2022 | 24 | $12.0095 | -$288.2280 | | $0.0000 | -$288 23 |
| 9/7/2022 | 2 | $11.1065 | -$22.2130 | | $0.0000 | -$22 21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,546** | | | | **Account 4 Subtotal:** | **-$19,037 37** |
| | | | **90-Day Average Price*** | **Shares Retained** | **90-Day Average:** | **$8,749.29** |
| | | | **$5.6593** | **1,546** | **Account 4 Total:** | **-$10,288.08** |

**ACCOUNT 5**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/27/2022 | 79 | $12.6100 | -$996.1900 | | $0.0000 | -$996 19 |
| 7/27/2022 | 36 | $12.1700 | -$438.1200 | | $0.0000 | -$438 12 |
| 7/27/2022 | 27 | $12.1600 | -$328.3200 | | $0.0000 | -$328 32 |
| 7/27/2022 | 27 | $12.1800 | -$328.8600 | | $0.0000 | -$328.86 |
| 8/11/2022 | -169 | | $0.0000 | $16.0000 | $2,704.0000 | $2,704.00 |
| 8/12/2022 | 213 | $15.8900 | -$3,384.5700 | | $0.0000 | -$3,384.57 |
| 8/12/2022 | 175 | $19.0100 | -$3,326.7500 | | $0.0000 | -$3,326.75 |
| 8/12/2022 | -213 | | $0.0000 | $17.0300 | $3,627.3900 | $3,627 39 |
| 8/16/2022 | -175 | | $0.0000 | $23.0800 | $4,039.0000 | $4,039.00 |
| 8/18/2022 | 160 | $22.8500 | -$3,656.0000 | | $0.0000 | -$3,656.00 |
| 10/10/2022 | 1 | $10.6000 | -$10.6000 | | $0.0000 | -$10.60 |
| 10/11/2022 | 52 | $10.7400 | -$558.4800 | | $0.0000 | -$558.48 |
| 10/11/2022 | 25 | $10.7600 | -$269.0000 | | $0.0000 | -$269.00 |
| 10/11/2022 | 25 | $10.6000 | -$265.0000 | | $0.0000 | -$265.00 |
| 10/13/2022 | 24 | $10.7000 | -$256.8000 | | $0.0000 | -$256.80 |
| 10/14/2022 | 10 | $10.9000 | -$109.0000 | | $0.0000 | -$109.00 |
| 10/14/2022 | 10 | $10.9100 | -$109.1000 | | $0.0000 | -$109 10 |
| 10/14/2022 | 3 | $10.8500 | -$32.5500 | | $0.0000 | -$32 55 |
| 10/18/2022 | 11 | $11.8200 | -$130.0200 | | $0.0000 | -$130.02 |
| 10/18/2022 | 10 | $11.8100 | -$118.1000 | | $0.0000 | -$118 10 |
| 10/24/2022 | 13 | $10.7900 | -$140.2700 | | $0.0000 | -$140 27 |
| 10/24/2022 | 10 | $10.8100 | -$108.1000 | | $0.0000 | -$108 10 |
| 11/2/2022 | 17 | $12.0300 | -$204.5100 | | $0.0000 | -$204 51 |
| 11/7/2022* | 19 | $10.4000 | -$197.6000 | | $0.0000 | -$197.60 |
| 11/7/2022* | 10 | $10.4000 | -$104.0000 | | $0.0000 | -$104.00 |
| 11/7/2022* | 1 | $10.4000 | -$10.4000 | | $0.0000 | -$10.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **401** | | | | **Account 5 Subtotal:** | **-$4,711 95** |
| | | | **90-Day Average Price*** | **Shares Retained** | **90-Day Average:** | **$2,269.38** |
| | | | **$5.6593** | **401** | **Account 5 Total:** | **-$2,442.57** |

Financial Interest Analysis

**ACCOUNT 6 (Anusha Konda)**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/25/2022 | 165 | $12.2700 | -$2,024.5500 | | $0.0000 | -$2,024.55 |
| 5/27/2022 | 2 | $12.3400 | -$24.6800 | | $0.0000 | -$24.68 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **167** | | | | **Account 6 Subtotal:** | **-$2,049 23** |
| | | | **90-Day Average Price*** | **Shares Retained** | **90-Day Average:** | $945.10 |
| | | | $5.6593 | 167 | **Account 6 Total:** | **-$1,104.13** |

Notes

*Afterhours transaction.

**Quantity adjusted to match shares sold during the Class Period to shares purchased pre-Class Period using Last-in-First-Out (LIFO) methodology.

***The 90-Day Average Price used in this loss chart is the average closing price between Nov. 10, 2022 to Feb. 3, 2023.