**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:22-cv-23960-KMW-LMR
(Judge Kathleen M. Williams and Magistrate Judge Lisette M. Reid)

|  |  |
|---|---|
| CHRISTOPHER K. EWING, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>        v.<br><br>VERU INC., MITCHELL STEINER, and MICHELE GRECO,<br><br>    Defendants. | Case No. 1:22-cv-23960-KMW-LMR |

**DR. MYO THANT'S REPLY IN FUTHER SUPPORT OF HIS MOTION FOR**
**<u>APPOINTMENT AS LEAD PLAINTIFF</u>**

**PRELIMINARY STATEMENT**

There is no dispute that Dr. Myo Thant ("Dr. Thant") has the largest financial interest in this Action and that he meets the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedures. Moreover, all competing movants have filed notices of non-opposition, have withdrawn their motions, or failed to file oppositions by the February 21, 2023 deadline. *See* ECF. Nos. 25, 26, 27, 28, 29, and 30[1]. Accordingly, because there is nothing in the record to rebut Dr. Thant's *prima facie* showing that he is the presumptive Lead Plaintiff, and because he is the only remaining movant, the Court should appoint him as Lead Plaintiff and approve his selection of Lead Counsel and Liaison Counsel.

**ARGUMENT**

**I.   The Court Should Appoint Dr. Thant as Lead Plaintiff.**

The Private Securities Litigation Reform Act (the "PSLRA") creates a strong presumption that the lead plaintiff is the "person or group of persons" that "has the largest financial interest in the relief sought by the class" and "otherwise satisfies the requirements of Rule 23." 15 U.S.C. §78u-4(a)(3)(B)(iii)(I). In this case, there is no dispute that Dr. Thant, who has incurred losses of approximately $1,088,563.11, has the largest financial interest in the relief sought, a fact acknowledged by the other movants that have since withdrawn their motions or filed notices of non-opposition. ECF Nos. 25, 26, 27, 28, 29, and 30. Furthermore, Dr. Thant has made his *prima facia* showing of typicality and adequacy as set forth in his opening and opposition papers. *See* ECF. Nos. 16 and 31. Dr. Thant is therefore the presumptive Lead Plaintiff, a presumption that

---

[1] Dr. Kenneth Skolnick has failed to file a timely response, thus abandoning his motion. See *In re Carnival Corp. Sec. Litig.*, No. 1:20-cv-22202-KMM, 2020 U.S. Dist. LEXIS 205773, at *2 n.1 (S.D. Fla. Oct. 30, 2020) citing *Teran v. Subaye, Inc.*, 11 Civ. 2614(NRB), 11 Civ. 3886(NRB), 2011 U.S. Dist. LEXIS 105774, 2011 WL 4357362, at *2 n.2 (S.D.N.Y. Sept. 16, 2011) (finding that a potential lead plaintiff that failed to submit an opposition or reply brief "presumably [] abandoned the motion").

can only be rebutted with proof that he is atypical or inadequate. 15 U.S.C. §78u-4(a)(3)(B)(iii)(II); *Miller v. Dyadic Inter.*, 2008 WL 2465286, at *3 (S.D. Fla. Apr. 18, 2008). No such proof exists here, and no competing movant has advanced any argument that Dr. Thant is not typical, nor adequate.

## II. The Court Should Approve Dr. Thant's Selection of Counsel

The Court should also approve Dr. Thant's selection of Levi & Korsinsky, LLP as Lead Counsel, and Cullin O'Brien Law, P.A. as Liaison Counsel. Each firm is highly experienced in class action securities lawsuits and class action litigation generally and will prosecute the Action effectively. *See* ECF Nos. 16-7 and 16-8. *See*, *e.g., Dillard v. Platform Specialty Prod. Corp.*, No. 16-CV-80490, 2016 U.S. Dist. LEXIS 204852, at *10 (S.D. Fla. June 30, 2016) (approving and appointing movant's choice of counsel); *Biver v. Nicholas Fin., Inc.*, 2014 U.S. Dist. LEXIS 60019, Fed. Sec. L. Rep. (CCH) P97,945, at *18 (M.D. Fla. Apr. 30, 2014) (same).

## CONCLUSION

For the foregoing reasons, Dr. Thant respectfully requests that the Court grant his Motion and enter an Order: (1) appointing Movant as Lead Plaintiff, (2) approving his selection of Levi & Korsinsky as Lead Counsel and Cullin O'Brien as Liaison Counsel for the Class, and (3) granting such other relief as the Court may deem just and proper.

Dated: February 28, 2023

Respectfully submitted,

*/s/ Cullin O'Brien*
Florida Bar No. 0597341
CULLIN O'BRIEN LAW, P.A.
6541 NE 21st Way
Fort Lauderdale, Florida 33308
Tel: (561) 676-6370
Fax: (561) 320-0285
E-mail: cullin@cullinobrienlaw.com

[*signature continued on following page*]

3

*Proposed Liaison Counsel for Dr. Myo Thant and the Class*

Adam M. Apton (*pro hac vice* forthcoming)
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Proposed Lead Counsel for Dr. Myo Thant and the Class*

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 28, 2023, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.

*/s/ Cullin O'Brien*
Cullin O'Brien