**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CHRISTOPHER K. EWING,
INDIVIDUALLY and ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

      Plaintiff,

v.

VERU INC., MITCHELL STEINER, and
MICHELE GRECO,

      Defendants.

Case No. 1:22-cv-23960-KMW-LMR

**ORDER GRANTING MOTION FOR LEAVE**
**TO WITHDRAW AS COUNSEL FOR DEFENDANTS VERU INC.,**
**MITCHELL STEINER, AND MICHELE GRECO**

THIS CAUSE is before the Court upon Nikolas L. Volosin, Esq.'s Motion for Leave to

Withdraw as Counsel for Defendants Veru Inc., Mitchell Steiner, and Michele Greco (collectively,

"Defendants"). The Court, having considered the motion and all other relevant factors, it is hereby

**ORDERED** and **ADJUDGED** that:

The motion is **GRANTED**. Nikolas L. Volosin, Esq. is permitted to withdraw as counsel

for Defendants, effective immediately. The Clerk shall provide electronic notification of all

electronic filings to Defendants' remaining counsel of record, Brian P. Miller, Esq., at

bmiller@kslaw.com and Samantha J. Kavanaugh, Esq., at skavanaugh@kslaw.com.

**DONE AND ORDERED** in Miami, Florida on this 30th day of August, 2023.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:    **All Counsel of Record**