# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CHRISTOPHER K. EWING, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>     Plaintiff,<br><br>     v.<br><br>VERU INC., MITCHELL STEINER, and MICHELE GRECO,<br><br>     Defendants. | Case No. 1:22-cv-23960-KMW-LMR |

## [PROPOSED] SCHEDULING ORDER

This matter having come before the Court on the Joint Conference Report filed by the parties, and good cause shown to enter this Scheduling Order, the Court hereby orders:

1. The Parties shall file a proposed case schedule within fourteen (14) calendar days after the last answering Defendant files his, her, or its answer to the operative complaint.

SO ORDERED this _____ day of _____ 2024.

_____
HON. KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record