# Exhibit B

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CHRISTOPHER K. EWING,
INDIVIDUALLY and ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

      Plaintiff,

      v.

VERU INC., MITCHELL STEINER, and
MICHELE GRECO,

      Defendants.

Case No. 1:22-cv-23960-KMW-LMR

**ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR**
**FINAL DISPOSITION OF MOTIONS**

In accordance with 28 U.S.C. § 636(c), Lead Plaintiff Myo Thant, M.D. ("Dr. Thant" or "Lead Plaintiff") and Additional Plaintiff Karen Brounstein[1] (collectively with Dr. Thant, "Plaintiffs"), and Defendants Veru Inc., Mitchell Steiner, M.D., and Michele Greco (collectively, "Defendants") (together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby voluntarily elect to have a United States Magistrate Judge decide procedural and discovery motions, and issue orders with respect thereto.

The Parties do not consent to a United States Magistrate Judge deciding any other motion or proceeding, including motions to dismiss, motions for class certification, motions for summary judgment, Daubert motions, motions for attorneys' fees, motions for costs, motions for sanctions,

---

[1] Defendants note that "Additional Plaintiff Karen Brounstein" was ostensibly added as a plaintiff in the First Amended Complaint, but has not been appointed by the Court. Dr. Thant, who was appointed by the Court as the Lead Plaintiff (ECF 42) and to whom the Court granted leave to amend (ECF 46), disputes any insinuation by Defendants that he lacked authority to include a co-plaintiff in his amended pleading.

pre-trial motions, trial, or issuing any final orders or judgments with respect thereto.

Dated: February 29, 2024                              Respectfully submitted,

                                        By:    */s/ Cullin A. O'Brien*
                                               Cullin Avram O'Brien
                                               **CULLIN O'BRIEN LAW, P.A.**
                                               6541 NE 21st Way
                                               Ft. Lauderdale, FL 33308
                                               Tel: (561) 676-6370
                                               Email: cullin@cullinobrienlaw.com

                                               *Liaison Counsel for Plaintiff and the Class*

                                               Shannon L. Hopkins
                                               Gregory M. Potrepka
                                               Rachel A. Berger
                                               **LEVI & KORSINSKY, LLP**
                                               1111 Summer Street, Suite 403
                                               Stamford, CT 06905
                                               Tel: (212) 992-4523
                                               Fax: (212) 363-7171
                                               Email: shopkins@zlk.com
                                               Email: gpotrepka@zlk.com
                                               Email: rberger@zlk.com

                                               *Lead Counsel for Plaintiff and the Class*

Dated: February 29, 2024          By:    */s/ Brian P. Miller*

                                               **KING & SPALDING LLP**
                                               Brian P. Miller, Esq.
                                               Florida Bar No. 0980633
                                               bmiller@kslaw.com
                                               Samantha J. Kavanaugh, Esq.
                                               Florida Bar No. 0194662
                                               skavanaugh@kslaw.com
                                               Southwest Financial Center
                                               200 S. Biscayne Boulevard, Suite 4700
                                               Miami, FL 33131
                                               Telephone: (305) 462-6000

                                               *Attorneys for Defendants Veru, Inc., Mitchell*
                                               *Steiner, and Michele Greco*