## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CHRISTOPHER K. EWING,
INDIVIDUALLY and ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

     Plaintiff,

          v.

VERU INC., MITCHELL STEINER, and
MICHELE GRECO,

     Defendants.

Case No. 1:22-cv-23960-KMW-LMR

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Veru Inc., Mitchell Steiner, M.D., and Michele Greco (collectively, "Defendants") respectfully submit this Notice of Supplemental Authority pursuant to Local Rule 7.8 in connection with Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint for Violation of the Federal Securities Laws ("Motion to Dismiss") [ECF No. 52].

Defendants' Motion to Dismiss explains that the statements challenged in the complaint regarding Veru's development of a drug to treat COVID-19 are not false and misleading to a reasonable investor when read in context and details how several of the challenged statements are immaterial corporate puffery. Dkt. 52 at 15-19. A recent decision by the Ninth Circuit affirmed dismissal of a complaint premised on statements regarding a proposed COVID-19 treatment because the statements either were not misleading when considered in their proper context or were corporate puffery. *See In re Sorrento Therapeutics, Inc. Sec. Litig.*, 97 F.4th 634, 639, 641 (9th Cir. 2024). The same reasoning applies here. A fair reading of the statements at issue in this action shows that Defendants accurately and enthusiastically reported the progression of Veru's

drug candidate through the FDA approval process.  Defendants therefore respectfully submit *In re Sorrento Therapeutics* as supplemental authority.

Dated: June 6, 2024

Respectfully submitted,

*/s/ Brian P. Miller*
Brian P. Miller, Esq.
Florida Bar No. 0980633
bmiller@kslaw.com
Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662
skavanaugh@kslaw.com
**KING & SPALDING LLP**
Southwest Financial Center
200 S. Biscayne Boulevard, Suite 4700
Miami, FL 33131
Telephone: (305) 462-6000

*Attorneys for Defendants Veru Inc., Mitchell Steiner, and Michele Greco*

2