**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| CHRISTOPHER K. EWING, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> VERU INC., MITCHELL STEINER, and MICHELE GRECO, <br><br> Defendants. | Case No. 1:22-cv-23960-KMW-LMR |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY (ECF NO. 65)**

Defendants invoke *In re Sorrento Therapeutics, Inc. Sec. Litig.*, 97 F.4th 634 (9th Cir. 2024) ("*Sorrento*"), highlighting alleged "statements regarding a proposed COVID-19 treatment." Notice at 1. Topical overlap does not imply legal relevance.

*First*, *Sorrento*'s allegations of "100% inhibition" were caveated pending "further testing," and "did not promise an immediate" cure. *Sorrento*, 97 F.4th at 641-42, *id.* at 642 ("*if* it gets through safety studies, *if* it demonstrates efficacy, it *potentially* is a cure—*if* you have the antibody") (emphasis in original). Conversely, Defendants falsely touted an FDA agreement, the nonexistence of which was "not mentioned" and "should have been disclosed." *Id.* at 642; *see* ECF No. 54 at 15; *see e.g.*, ECF No. 47 ("FAC"), ¶112 ("FDA agreed...").

*Second*, the "only basis" for falsity in *Sorrento* was that "there is still no cure for COVID-19" (*Sorrento*, 97 F.4th at 641), whereas the FDA independently and expressly denied that it had made the purported agreement (FAC, ¶¶86-90, 118-20).

*Third*, *Sorrento* contained no allegation that the defendants' "roles gave them access to" undisclosed information. *Sorrento*, 97 F.4th at 642. Here, Defendants admitted to personally participating in FDA negotiations regarding the trial design. FAC, ¶¶129-35.

The Court should disregard *Sorrento*.

Dated: June 6, 2024                                      Respectfully submitted,

By:     */s/ Cullin Avram O'Brien*
        Cullin Avram O'Brien
        **CULLIN O'BRIEN LAW, P.A.**
        6541 NE 21st Way
        Ft. Lauderdale, FL 33308
        Tel: (561) 676-6370
        Email: cullin@cullinobrienlaw.com

        *Liaison Counsel for Plaintiff and the Class*

        Shannon L. Hopkins
        Gregory M. Potrepka
        Morgan M. Embleton
        Rachel A. Berger
        **LEVI & KORSINSKY, LLP**
        1111 Summer Street, Suite 403
        Stamford, CT 06905
        Tel: (212) 992-4523
        Fax: (212) 363-7171
        Email: shopkins@zlk.com
        Email: gpotrepka@zlk.com
        Email: membleton@zlk.com
        Email: rberger@zlk.com

        *Lead Counsel for Plaintiffs and the Class*