**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CHRISTOPHER K. EWING, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. 1:22-cv-23960-KMW-LMR |
| Plaintiff, | |
| v. | |
| VERU INC., MITCHELL STEINER, and MICHELE GRECO, | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**
**PURSUANT TO LOCAL RULE 7.8**

Plaintiffs submit *Butala v. Owlet, Inc.*, 2024 WL 3648141 (C.D. Cal. Aug. 5, 2024) ("*Owlet*"), in further opposition to Defendants' pending motion to dismiss (ECF 52). *Owlet* decided a Rule 12(b)(6) motion in a securities class action and contains multiple relevant holdings, including:

1)      The *Owlet* defendants' statements were actionably misleading where conflicting with "previously received notice from the FDA[.]" *Owlet*, 2024 WL 3648141 at *5; *see* ECF 47 ("FAC"), ¶¶96-117.

2)      It was "of no import" that the *Owlet* defendants considered FDA's views "not definitive" and "invit[ing] Owlet to correspond with the FDA" where defendants made statements that conflicted with FDA's alleged views.  *Owlet*, 2024 WL 3648141 at *5; *contra* ECF 52 at 13 (asserting "an ongoing dialogue with regulators").

3)      Alleged desire "to avoid … costs associated with … FDA clearance and maintain profitability" or "raise capital" "combined with [] red flags of a company's financial condition,"

such as "cash flow" that is "potentially inadequate[,]" can support scienter. *Owlet*, 2024 WL 3648141 at **6-7 (cleaned up); *contra* ECF 59 at 4 (claiming FAC's allegations "too generalized").

4)      "[I]nternal company communications" and "whistleblowers" are unnecessary to allege scienter. *Owlet*, 2024 WL 3648141 at *7; *contra* ECF 52 at 22.

.

Dated: August 7, 2024

Respectfully submitted,

*/s/ Cullin A. O'Brien*
Cullin Avram O'Brien
**CULLIN O'BRIEN LAW, P.A.**
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Tel: (561) 676-6370
Email: cullin@cullinobrienlaw.com

*Liaison Counsel for Plaintiffs and the Class*

Shannon L. Hopkins
Gregory M. Potrepka
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

*Lead Counsel for Plaintiffs and the Class*