**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:22-cv-23960-KMW-LMR**

CHRISTOPHER K. EWING,
INDIVIDUALLY and ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

      Plaintiff,

v.

VERU INC., MITCHELL STEINER, and
MICHELE GRECO,

      Defendants.

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS'**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

The decision in *Butala v. Owlet, Inc.*, 2024 WL 3648141 (C.D. Cal. Aug. 5, 2024), submitted by Plaintiffs in opposition to Defendants' pending motion to dismiss, is inapposite.

Defendant Owlet said it had FDA approval to market a product despite receiving FDA notice that the product had not been approved. *Id.* at *5. Owlet further represented that it never received a non-compliance notice, when it had. *Id.* Moreover, Owlet needed capital at the time of the statements. *Id.* at *6.

The circumstances are not similar to this case. *Owlet* involved a product that was already on the market and the company issued demonstrably false and misleading statements claiming a lack of correspondence with the FDA. *Id.* at *5-6. Here, Plaintiffs allege that Veru acknowledged ongoing discussions with FDA, reported those interactions, and never asserted it had approval for its drug candidate. ECF No. 47 at ¶¶ 96-117. As for the need to raise capital, Plaintiffs allege that Veru had over $100 million in cash at the time of the challenged statements. *Compare id*. at ¶ 43,

*with Owlet*, 2024 WL 3648141 at \*6 (defendant needed to raise tens of millions in new funding).

*Owlet's* falsity and scienter facts are irrelevant.

Date: August 13, 2024                    Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Samantha J. Kavanaugh*
Brian P. Miller, Esq.
Florida Bar No. 0980633
bmiller@kslaw.com
Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662
skavanaugh@kslaw.com
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4700
Miami, FL 33131
Telephone: (305) 462-6000

*Attorneys for Defendants Veru Inc., Mitchell
Steiner, and Michele Greco*