# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTOPHER K. EWING, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>        v.<br><br>VERU INC., MITCHELL STEINER, and MICHELE GRECO,<br><br>    Defendants. | Case No. 1:22-cv-23960-KMW-LMR |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO LOCAL RULE 7.8

Plaintiffs submit *Huey v. Anavex Life Sciences Corp.*, 2025 WL 1707581, (S.D.N.Y. June 18, 2025) ("*Anavex*"), in further opposition to Defendants' pending motion to dismiss (ECF 52). *Anavex* decided a Rule 12(b)(6) motion in a securities class action, holding:

1)    **Falsity:** A statement was materially misleading by knowingly omitting FDA's negative views of defendants' drug trial design. *Compare Anavex*, 2025 WL 1707581, at \*4-5 (Anavex repeatedly discussed trial's endpoint "so if … it learned that the FDA would not accept the use of that endpoint, it had a duty to disclose that fact.") ("Defendants made several public statements" about the endpoint indicating their understanding "the FDA's feedback was material. Having done this, Defendants were not permitted to disclose this interim feedback in a partial and misleading manner") (citing cases) (internal citations omitted) *with* ECF 47 ("FAC"), ¶¶83-93 *and* ECF 54 ("Opposition") at 6-9.

2)    **Scienter:** The *Anavex* defendants' "admitted communication with the FDA" was sufficient to infer they had "learned information that contradicted" their alleged misstatements and

therefore presented "strong circumstantial evidence" of their "conscious misbehavior or recklessness in presenting incomplete and intentionally misleading information[.]" *Compare Anavex*, 2025 WL 1707581, at *6 *with* FAC, ¶¶126-137 *and* Opposition at 18-20, 22-24.

Dated: June 19, 2025                                        Respectfully submitted,

                                By:       */s/ Cullin A. O'Brien*

                                          Cullin Avram O'Brien
                                          **CULLIN O'BRIEN LAW, P.A.**
                                          6541 NE 21st Way
                                          Ft. Lauderdale, FL 33308
                                          Tel: (561) 676-6370
                                          Email: cullin@cullinobrienlaw.com

                                          *Liaison Counsel for Plaintiff and the Class*

                                          Shannon L. Hopkins
                                          Gregory M. Potrepka
                                          Morgan M. Embleton
                                          **LEVI & KORSINSKY, LLP**
                                          1111 Summer Street, Suite 403
                                          Stamford, CT 06905
                                          Tel: (212) 992-4523
                                          Fax: (212) 363-7171
                                          Email: shopkins@zlk.com
                                          Email: gpotrepka@zlk.com
                                          Email: membleton@zlk.com

                                          *Lead Counsel for Plaintiffs and the Class*