**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| |
|---|
| CHRISTOPHER K. EWING, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, |
| Plaintiff, |
| v. |
| VERU INC., MITCHELL STEINER, and MICHELE GRECO, |
| Defendants. |

Case No. 1:22-cv-23960-KMW-LMR

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**
**PURSUANT TO LOCAL RULE 7.8**

*Sporn v. Brainstorm Cell Therapeutics, Inc.*, 2025 WL 2643983 (S.D.N.Y. Sept. 15, 2025) ("*Brainstorm*"), further supports denying Defendants' motion to dismiss (ECF 52) ("Motion"). *Brainstorm* held, *inter alia*:

1) **Falsity**: Statements concerning "*the FDA's views* on [defendants'] trial design, and whether the FDA agreed with Defendants' views" are actionably misleading where "they 'plausibly contradict the FDA's immediately preceding feedback.'" *Brainstorm*, 2025 WL 2643983 at *7-*8 (citations omitted).

2) **Materiality**: That "Defendants made several public statements concerning the back-and-forth with the FDA," *i.e.*, the misstatements, "indicate[d] that Defendants themselves understood that the FDA's feedback was material." *Id.* at *8 (citations omitted); *contra* Motion at 14-17 (arguing alleged misstatements were immaterial).

3) **Scienter**: Defendants' awareness of "FDA feedback" supported a strong inference of scienter even in the absence of sufficient motive allegations, confidential witness allegations,

or alleged "facts that would necessarily prevent regulatory approval[.]" *Brainstorm*, 2025 WL 2643983 at *12-*14, n. 4; *contra* Motion at 20-22 (challenging motive allegations), 22 (criticizing absence of confidential witnesses), 24 (arguing complaint does not allege "FDA communicated to Veru that the EUA application would fail").

4)    **Loss Causation**: Disclosure of "FDA's views on clinical trial design" sufficed for loss causation. *Brainstorm*, 2025 WL 2643983 at *14.

Dated: September 16, 2025                    Respectfully submitted,

/s/ Cullin A. O'Brien
Cullin Avram O'Brien
**CULLIN O'BRIEN LAW, P.A.**
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Tel: (561) 676-6370
Email: cullin@cullinobrienlaw.com

*Liaison Counsel for Plaintiffs and the Class*

Shannon L. Hopkins
Gregory M. Potrepka
Morgan M. Embleton
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: membleton@zlk.com

*Lead Counsel for Plaintiffs and the Class*