**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:22-cv-23960-KMW-LMR**

CHRISTOPHER K. EWING,
INDIVIDUALLY and ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

     Plaintiff,

v.

VERU INC., MITCHELL STEINER, and
MICHELE GRECO,

     Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
NOTICE OF SUPPLEMENTAL AUTHORITY**

*Sporn v. Brainstorm Cell Therapeutics, Inc.*, 2025 WL 2643983 (S.D.N.Y. Sept. 15, 2025), submitted by Plaintiffs, is inapposite.

**Falsity.**  The *Brainstorm* defendants represented that the FDA "confirmed" that a clinical trial was "well-designed" and "well-run." *Id.* at *8.  Here, there is no allegation that Defendants similarly commented on "*FDA's views* on their trial design."  *Id*. (emphasis in original). Defendants said that the FDA "agreed" that the trial <u>data</u> supported progression through the approval process, which is true.  Dkt. 52 at 12-13.  Defendants did not represent that the FDA "confirmed" that the trial was "well-designed" or otherwise sanctioned by the FDA.

**Scienter.**  Because there was no affirmative representation by Defendants regarding FDA feedback on trial design, there is no analogy to *Brainstorm*, where the defendants allegedly knew information contradicting the statement that FDA believed a trial was "well-designed."  2025 WL 2643983, at *14.

**Loss Causation.**  The *Brainstorm* plaintiffs alleged loss causation based on disclosures contradicting defendants' statements about FDA feedback on trial design.  *Id.* at *14.  There are no statements by Defendants about FDA feedback on trial design, and the comparison to *Brainstorm* fails because the alleged disclosures about trial design cannot "correct" any prior statement.  *See* Dkt. 52 at 28.

Date: September 19, 2025

Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Brian P. Miller*
Brian P. Miller, Esq.
Florida Bar No. 0980633
bmiller@kslaw.com
Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662
skavanaugh@kslaw.com
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4700
Miami, FL 33131
Telephone: (305) 462-6000

*Attorneys for Defendants Veru Inc.,*
*Mitchell Steiner, and Michele Greco*