**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| CHRISTOPHER K. EWING, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>      Plaintiff,<br><br>            v.<br><br>VERU INC., MITCHELL STEINER, and MICHELE GRECO,<br><br>      Defendants. | Case No. 1:22-cv-23960-KMW-LMR |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**
**PURSUANT TO LOCAL RULE 7.8**

*Jastram v. NextEra Energy, Inc.*, ---F.4th---, 2025 WL 3293701, (11th Cir. Nov. 26, 2025) ("*Jastram*") further supports denying Defendants' motion to dismiss (ECF 52) ("Motion"). *Jastram*'s binding loss causation holdings include:

1)      Under Federal Rule of Civil Procedure 8(a)'s "general pleading standards," *Jastram*, 2025 WL 3293701, at *9-10, alleged "corrective statements" need not "explicitly 'mention[] any of the alleged misstatements[.]'" *Id*. at *11-12; *contra* Motion at 28-29 (arguing only two misstatements mention design and none mention approval).

2)      The alleged corrective events' timing (¶¶118-24)—in a PADAC hearing and an unexpected press release, not a "regularly scheduled Form 10-Q"—provided "a signal to the market" notwithstanding any "previously issued [] risk disclosure[.]" *Jastram*, 2025 WL 3293701, at *13; *contra* Motion at 29 (arguing Veru's speculative, earlier risk statements fully disclosed the truth).

3)      "[W]ell-pleaded facts[,]" such as analyst reports evidencing "the investing public related the corrective disclosure to the earlier misinformation," support loss causation. *Compare Jastram*, 2025 WL 3293701, at *14 *with* ¶¶153-54, 156, ECF 54 ("Opposition") at 29-30.

4)      An alleged "foreseeable materialization of concealed risk" can be "adequate" to plead loss causation. *Jastram*, 2025 WL 3293701, at *14-15; *contra* Motion at 27 (arguing theory not recognized).

Dated: December 4, 2025                                    Respectfully submitted,

By:      /s/ Cullin A. O'Brien

Cullin Avram O'Brien
**CULLIN O'BRIEN LAW, P.A.**
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Tel: (561) 676-6370
Email: cullin@cullinobrienlaw.com

*Liaison Counsel for Plaintiff and the Class*

Shannon L. Hopkins
Gregory M. Potrepka
Morgan M. Embleton
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: membleton@zlk.com

*Lead Counsel for Plaintiffs and the Class*