## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CHRISTOPHER K. EWING,
INDIVIDUALLY and ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

      Plaintiff,

        v.

VERU INC., MITCHELL STEINER, and
MICHELE GRECO,

      Defendants.

Case No. 1:22-cv-23960-KMW-LMR

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
## PURSUANT TO LOCAL RULE 7.8

*Stary v. Teladoc Health, Inc.*, 2026 WL 878939 (S.D.N.Y. Mar. 31, 2026) ("*Teladoc*"),

further supports denying Defendants' motion to dismiss (ECF 52).

Plaintiffs allege a strong inference of scienter is supported by the Individual Defendants'

repeated admissions they personally interacted with FDA—using words like "we" "us" and "our"

during investor conferences (where they were the joint presenters) to describe their "constant

dialogue with FDA" including various meetings, feedback, and interactions. ¶¶129-35; ECF 54 at

18-19. Defendants replied that these admissions show only "Veru's interactions with the FDA."

ECF 59 at 6. However, *Teladoc* held similar admissions, including "we're constantly looking at"

the information at issue, were probative of scienter. *Teladoc*, 2026 WL 878939 at *13. While the

*Teladoc* individual defendants "may not *in fact* have meant" to refer to themselves, "as plausible

an inference as any from the use of 'we' on a call where" they were the corporate defendant's "two

representatives" is that they did refer to themselves because "a first-person plural pronoun is

normally understood to include the speaker." *Id.* The same inference should be drawn from the

Individual Defendants' indistinguishable admissions here.

Dated: April 2, 2026                    Respectfully submitted,

                                        */s/ Cullin A. O'Brien*
                                        Cullin Avram O'Brien
                                        **CULLIN O'BRIEN LAW, P.A.**
                                        6541 NE 21st Way
                                        Ft. Lauderdale, FL 33308
                                        Tel: (561) 676-6370
                                        Email: cullin@cullinobrienlaw.com

                                        *Liaison Counsel for Plaintiffs and the Class*

                                        Shannon L. Hopkins
                                        Gregory M. Potrepka
                                        Morgan M. Embleton
                                        **LEVI & KORSINSKY, LLP**
                                        1111 Summer Street, Suite 403
                                        Stamford, CT 06905
                                        Tel: (203) 992-4523
                                        Fax: (212) 363-7171
                                        Email: shopkins@zlk.com
                                        Email: gpotrepka@zlk.com
                                        Email: membleton@zlk.com

                                        *Lead Counsel for Plaintiffs and the Class*