**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:22-cv-23960-KMW-LMR**

CHRISTOPHER K. EWING,
INDIVIDUALLY and ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

      Plaintiff,

v.

VERU INC., MITCHELL STEINER, and
MICHELE GRECO,

      Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFFS'**
**NOTICE OF SUPPLEMENTAL AUTHORITY [ECF No. 79]**

*Stary v. Teladoc Health, Inc.*, 2026 WL 878939 (S.D.N.Y. Mar. 31, 2026) provides no support for denying Defendants' Motion to Dismiss.

      1)      Plaintiffs' singular focus on the word "constant" does not make the ruling in *Teladoc* relevant.  The allegation that Defendants engaged in "constant dialogue with the FDA" is easily distinguished from the use of "constant" in *Teladoc* where the executives were alleged to have been "constantly monitoring" an internal profitability metric — hourly and daily — which the *Teladoc* court found supported an inference of scienter.  *Id.* at *13.  There, the defendants were alleged to have concealed cost increases which had a corresponding negative impact on *Teladoc*'s adjusted EBITDA.  *Id.* at *1.  Here, the fact that Veru engaged in an interactive dialogue with the FDA relating to the development of its drug on an expedited timeline (due to the FDA fast tracking Veru's application) in the midst of the pandemic does not support Plaintiffs' thin allegations of

scienter, considering the lack of any plausible motive, or allegations that speak to each of the Individual Defendants' state of mind.

2)      *Teladoc* also rejected the "core operations" theory on which Plaintiffs rely to support scienter.  *See* ECF No. 54 at 22-24.

Dated: April 9, 2026                              Respectfully submitted,

                                                  **KING & SPALDING LLP**

                                                  */s/ Brian P. Miller*
                                                  Brian P. Miller, Esq.
                                                  Florida Bar No. 0980633
                                                  bmiller@kslaw.com
                                                  Samantha J. Kavanaugh, Esq.
                                                  Florida Bar No. 0194662
                                                  skavanaugh@kslaw.com
                                                  Southeast Financial Center
                                                  200 S. Biscayne Boulevard, Suite 4700
                                                  Miami, FL 33131
                                                  Telephone: (305) 462-6000

                                                  *Attorneys for Defendants Veru Inc.,*
                                                  *Mitchell Steiner, and Michele Greco*