**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:22-cv-23960-KMW-LMR**

CHRISTOPHER K. EWING,
INDIVIDUALLY and ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

    Plaintiff,

        v.

VERU INC., MITCHELL STEINER, and
MICHELE GRECO,

    Defendants.

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Veru Inc., Mitchell Steiner, and Michele Greco (collectively, "Defendants") respectfully submit this Notice of Supplemental Authority in connection with Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint for Violation of the Federal Securities Laws (the "Dismissal Motion") [ECF No. 52].

The Dismissal Motion explains that statements regarding Veru's interaction with the FDA and status of the EUA review process were true when made and/or are legally protected statements. Defendants also explained that the complaint fails to allege a strong inference of scienter. ECF 52 at 14-27.

The District of Maryland recently dismissed a similar complaint premised on statements regarding FDA approval, finding that disclosures regarding the possible approval were inactionable opinions, and finding insufficient scienter allegations even when the company engaged in regular dialogue with the FDA. *Barpar v. Elanco Animal Health Inc.*, 2026 WL

836731, at *8, *23-*26, *33-35 (D. Md. Mar. 26, 2026).  "While it is *possible* to infer that Defendants deliberately omitted facts about the … study in order to mislead investors, the more compelling inference … is that Defendants … did not know or believe that the [study results] would negatively impact FDA approval."  *Id.* at *34 (emphasis in original).

Dated: April 9, 2026                    Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Brian P. Miller*
Brian P. Miller, Esq.
Florida Bar No. 0980633
bmiller@kslaw.com
Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662
skavanaugh@kslaw.com
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4700
Miami, FL 33131
Telephone: (305) 462-6000

*Attorneys for Defendants Veru Inc.,*
*Mitchell Steiner, and Michele Greco*